AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ANNE CHANA HENKIN, individually and as Personal Representative of the ESTATE OF JUDAH HERZEL HENKIN, et al.,<br>*Plaintiff*<br>v.<br>Qatar Charity, Qatar National Bank, and Masraf Al Rayan,<br>*Defendant* | )<br>)<br>)  Case No.  1:21-cv-5176<br>)<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs

Date: 10/13/2021

/s/ Patrick L. Rocco
*Attorney's signature*

Patrick L. Rocco
*Printed name and bar number*

Fleischman Bonner & Rocco LLP
81 Main Street, Suite 515
White Plains, New York 10601
*Address*

procco@fbrllp.com
*E-mail address*

(908) 337-1426
*Telephone number*

(908) 516-2049
*FAX number*