AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

ANNE CHANA HENKIN, Individually and as Personal Representative of the ESTATE OF JUDAH HERZEL HENKIN, et al. )
)
*Plaintiff* )
v. ) Case No. 1:21-cv-5716
Qatar Charity, Qatar National Bank and Masraf Al Rayan, )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs            .

Date: 10/13/2021

/s/ Susan M. Davies
*Attorney's signature*

Susan M. Davies
*Printed name and bar number*

Fleischman Bonner & Rocco LLP
81 Main Street, Suite 515
White Plains, New York  10601
*Address*

sdavies@fbrllp.com
*E-mail address*

(917) 583-8966
*Telephone number*

(908) 516-2049
*FAX number*