# FLEISCHMAN BONNER & ROCCO LLP
### ATTORNEYS AT LAW

81 Main Street • Suite 515 • White Plains • New York • 10601
Tel: 908-516-2066 • Fax: 908-516-2049 • Web: WWW.FBRLLP.COM

Email: JBonner@fbrllp.com

October 13, 2021

**Via ECF**

Donald C. Palmer
Clerk of Court
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:  *Henkin, et al. v. Qatar Charity, Qatar National Bank and Masraf al Rayan*, 1:21-cv-05716

Dear Mr. Palmer:

    I am lead counsel for the Plaintiffs in the above-captioned action.  I write to request a refund of a duplicative fee inadvertently paid electronically in connection with opening the above-captioned action earlier this afternoon.

    I attach copies of the two relevant payment confirmations.

    Thank you for your attention.

Very truly yours,

James P. Bonner

Attachments