-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Wednesday, October 13, 2021 1:13 PM
To: James P. Bonner <JBonner@fbrllp.com>
Subject: Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

  Account Number: 2639646
  Court: NEW YORK EASTERN DISTRICT COURT
  Amount: $402.00
  Tracking Id: ANYEDC-14929779
  Approval Code: 09731I
  Card Number: ************0523
  Date/Time: 10/13/2021 04:13:24 ET

NOTE: This is an automated message. Please do not reply