# FLEISCHMAN BONNER & ROCCO LLP

## ATTORNEYS AT LAW

81 MAIN STREET • SUITE 515 • WHITE PLAINS • NEW YORK • 10601
TEL: 908-516-2066 • FAX: 908-516-2049 • WEB: WWW.FBRLLP.COM          EMAIL: JBonner@fbrllp.com

October 13, 2021

**Please refund Tracking Id: ANYEDC-14929779**

<u>Via ECF</u>

**APPROVED**
**By AugustMarziliano at 9:50 am, Oct 15, 2021**

Donald C. Palmer
Clerk of Court
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

**Re:** *Henkin, et al. v. Qatar Charity, Qatar National Bank and Masraf al Rayan*,
**1:21-cv-05716**

Dear Mr. Palmer:

I am lead counsel for the Plaintiffs in the above-captioned action.  I write to request a refund of a duplicative fee inadvertently paid electronically in connection with opening the above-captioned action earlier this afternoon.

I attach copies of the two relevant payment confirmations.

Thank you for your attention.

Very truly yours,

*James P. Bonner*

James P. Bonner

Attachments

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Wednesday, October 13, 2021 1:13 PM
To: James P. Bonner <JBonner@fbrllp.com>
Subject: Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

   Account Number: 2639646
   Court: NEW YORK EASTERN DISTRICT COURT
   Amount: $402.00
   Tracking Id: ANYEDC-14929779
   Approval Code: 09731I
   Card Number: ***********0523
   Date/Time: 10/13/2021 04:13:24 ET


NOTE: This is an automated message. Please do not reply

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Wednesday, October 13, 2021 1:19 PM
To: James P. Bonner <JBonner@fbrllp.com>
Subject: Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

  Account Number: 2639646
  Court: NEW YORK EASTERN DISTRICT COURT
  Amount: $402.00
  Tracking Id: ANYEDC-14929922
  Approval Code: 07392I
  Card Number: ************0523
  Date/Time: 10/13/2021 04:19:12 ET


NOTE: This is an automated message. Please do not reply