UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
ANNE CHANA HENKIN, individually and as personal representative of the ESTATE OF JUDAH HERZEL HENKIN, ADERET RIVKAH HENKIN STERN, ELIASHIR ELIJAH HENKIN, JACOB BECHOR-SHALOM HENKIN, JOSEPH GIL HENKIN, TAAMA FREIDA HENKIN YAAKOVSON, MIRIAM FULD, individually, as personal representative of the ESTATE OF ARI YOEL FULD, and as natural guardian of N.S.F. (an infant), NAOMI FULD, TAMAR GILA FULD, ELIEZAR YAKIR FULD, HARVEY JONAS YONAH FULD, MARY ALICE FULD, DANIEL YAAKOV FULD, EYTAN FULD, HILLEL CHAIM and SHLOMO FULD,

Case No. 1:21-cv-5716-AMD-VMS

                    Plaintiffs,

             -against-

QATAR CHARITY, QATAR NATIONAL BANK and MASRAF AL RAYAN,

                   Defendants.
---------------------------------------------------------------------- X

## NOTICE OF PLAINTIFFS' *EX PARTE* MOTION FOR ISSUANCE OF LETTERS ROGATORY

**PLEASE TAKE NOTICE** that, for the purpose of effectuating service upon Defendants Qatar Charity, Qatar National Bank, and Masraf Al Rayan in the State of Qatar, Plaintiffs through their undersigned counsel will move this Court *ex parte*, before the Hon. Ann M. Donnelly, 225 Cadman Plaza East, Brooklyn, Courtroom 4GN, New York 11201 pursuant to 28 U.S.C. § 1781 and Federal Rule of Civil Procedure 4 and upon the accompanying Memorandum of Law in Support of Plaintiffs' *Ex Parte* Motion for Issuance of Letters Rogatory, and the Declaration of Susan M. Davies executed on November 5, 2021, together with all exhibits thereto, and all prior pleadings and proceedings had herein, to enter an order: **(1)** granting this motion; **(2)** issuing the Letters Rogatory submitted as Exhibits 3-5 to the

Declaration of Susan M. Davies; **(3)** directing the Clerk of Court to prepare exemplified copies all documents to be served, specifically (a) three exemplified copies of the Complaint filed on October 13, 2021 [ECF # 1] and (b) one exemplified copy of each of the Amended Summonses issued on November 1, 2021 [ECF # 12, 12-1 and 12-2]; and **(4)** granting such other and further relief as the Court deems just and proper.

Dated:  November 5, 2021             Respectfully submitted,

  /s/ Susan M. Davies
James P. Bonner (jbonner@fbrllp.com)
Patrick L. Rocco (procco@fbrllp.com)
Susan M. Davies (sdavies@fbrllp.com)
FLEISCHMAN BONNER & ROCCO LLP
81 Main Street, Suite 515
White Plains, New York 10601
(908) 516-2066

*Counsel for Plaintiffs*