UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
ANNE CHANA HENKIN, individually and as personal representative of the ESTATE OF JUDAH HERZEL HENKIN, ADERET RIVKAH HENKIN STERN, ELIASHIR ELIJAH HENKIN, JACOB BECHOR-SHALOM HENKIN, JOSEPH GIL HENKIN, TAAMA FREIDA HENKIN YAAKOVSON, MIRIAM FULD, individually, as personal representative of the ESTATE OF ARI YOEL FULD, and as natural guardian of N.S.F. (an infant), NAOMI FULD, TAMAR GILA FULD, ELIEZAR YAKIR FULD, HARVEY JONAS YONAH FULD, MARY ALICE FULD, DANIEL YAAKOV FULD, EYTAN FULD, HILLEL CHAIM and SHLOMO FULD,

Case No. 1:21-cv-5716-AMD-VMS

                    Plaintiffs,

          -against-

QATAR CHARITY, QATAR NATIONAL BANK and MASRAF AL RAYAN,

                    Defendants.
------------------------------------------------------------------- X

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTERS ROGATORY)

      The United States District Court for the Eastern District of New York, presents its compliments to the Appropriate Judicial Authority of the State of Qatar, and requests international judicial assistance to effect service of process to be used in a civil proceeding before this Court in the above captioned matter.

      This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the Appropriate Judicial Authority of the State of Qatar effect service of process upon the below named defendant, which is an entity incorporated under Qatari law:

Masraf Al Rayan
Grand Hamad Street, Street # 119
Building # 78, Room 5
Doha, Qatar

The documents to be served are as follows: (1) a certified copy of the Amended Summons in a Civil Case issued by the Clerk of the United States District Court for the Eastern District of New York on November 1, 2021, and an Arabic language translation of same; and (2) a certified copy of the Complaint filed in the United States District Court for the Eastern District of New York on October 13, 2021, and an Arabic language translation of same.

This Request for Judicial Assistance is brought by the Plaintiffs, who are United States citizens who seek monetary damages from Defendant Masraf Al Rayan pursuant to the following United States laws: 18 United States Code Sections 2333(a) and (d), 2339A and 2339B, and Section 2b of the Justice Against Sponsors of Terrorism Act. The Plaintiffs allege that Defendant conspired with others to provided material support to organizations designated by the United States Government as Foreign Terrorist Organizations, which organizations killed and injured Plaintiffs and their family members in terrorist attacks.

This Court states that it shall provide similar assistance to the Appropriate Judicial Authority of the State of Qatar.

This Court states that it shall compel Plaintiffs to reimburse the State of Qatar for the expenses it incurs in the execution of this International Judicial Assistance (Letters Rogatory).

Dated: __November 10__, 2021

                                                                           s/Ann M. Donnelly
                                                                           Ann M. Donnelly
                                                                           Judge, United States District Court
                                                                            Eastern District Of New York