**Susan M. Davies**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Monday, November 8, 2021 2:50 AM |
| **To:** | Susan M. Davies |
| **Subject:** | FedEx Shipment 775061908564: Your package has been delivered |



# Hi. Your package was delivered Mon, 11/08/2021 at 10:45am.



Delivered to GRAND HAMAD STREET, STREET #119, DOHA
Received by M.MOHAMED

**OBTAIN PROOF OF DELIVERY**

| | |
|---|---|
| **TRACKING NUMBER** | 775061908564 |
| **FROM** | FLEISCHMAN BONNER ROCCO LLP<br>81 MAIN ST.<br>SUITE 515<br>WHITE PLAINS, NY, US, 10601 |
| **TO** | MASRAF AL RAYAN<br>GRAND HAMAD STREET, STREET #119<br>BUILDING #78, ROOM 5<br>DOHA, QA |
| **REFERENCE** | QIII - MAR |

1

| | |
|---:|:---|
| **SHIPPER REFERENCE** | QIII - MAR |
| **SHIP DATE** | Fri 11/05/2021 06:43 PM |
| **DELIVERED TO** | Mailroom |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | WHITE PLAINS, NY, US, 10601 |
| **DESTINATION** | DOHA, , QA |
| **SPECIAL HANDLING** | Deliver Weekday |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.80 LB |
| **SERVICE TYPE** | FedEx International Priority |



# Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

**LEARN MORE**

**FOLLOW FEDEX**

      

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:49 AM CST 11/08/2021.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2021 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our [privacy policy](). All rights reserved.

Thank you for your business.



TRACK ANOTHER SHIPMENT

775061908564
ADD NICKNAME

Delivered
Monday, 11/8/2021 at 10:45 am

**DELIVERED**
Signed for by: M.MOHAMED

GET STATUS UPDATES
OBTAIN PROOF OF DELIVERY

**FROM**  
WHITE PLAINS, NY US

**TO**  
DOHA, QA

Travel History

TIME ZONE
Local Scan Time

**Monday, November 8, 2021**

| | | |
|---|---|---|
| 10:45 AM | DOHA QA | Delivered |
| 8:42 AM | DOHA QA | On FedEx vehicle for delivery |
| 8:24 AM | DOHA QA | At local FedEx facility |
| 8:24 AM | DOHA QA | At local FedEx facility |
| 6:33 AM | DOHA QA | International shipment release - Import |

**Sunday, November 7, 2021**

| | | |
|---|---|---|
| 11:05 PM | DOHA QA | In transit<br>Package available for clearance |
| 11:04 PM | DOHA QA | At destination sort facility |

**Saturday, November 6, 2021**

| | | |
|---|---|---|
| 7:26 AM | MEMPHIS, TN | In transit |

| | | |
|---|---|---|
| 5:55 AM | MEMPHIS, TN | Departed FedEx hub |
| 3:28 AM | MEMPHIS, TN | In transit |
| 2:26 AM | MEMPHIS, TN | In transit |

**Friday, November 5, 2021**

| | | |
|---|---|---|
| 11:15 PM | MEMPHIS, TN | Arrived at FedEx hub |
| 9:59 PM | NEWARK, NJ | Departed FedEx hub |
| 8:46 PM | NEWARK, NJ | Arrived at FedEx hub |
| 6:43 PM | BROOKLYN, NY | Picked up |

**Thursday, October 28, 2021**

| | | |
|---|---|---|
| 7:41 PM | | Shipment information sent to FedEx |

Collapse History

## Shipment Facts

**TRACKING NUMBER**
775061908564

**SERVICE**
International Priority

**WEIGHT**
0.8 lbs / 0.36 kgs

**DELIVERED TO**
Mailroom

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
0.8 lbs / 0.36 kgs

**TERMS**
Shipper

**SHIPPER REFERENCE**
QIII - MAR

**PACKAGING**
FedEx Envelope

**SPECIAL HANDLING SECTION**
Deliver Weekday

**SHIP DATE**
11/5/21

**STANDARD TRANSIT**
11/9/21 before 8:00 pm

**ACTUAL DELIVERY**
11/8/21 at 10:45 am