# UNITED STATES DISTRICT COURT
for the
## Eastern District of New York

| | |
|---|---|
| ANNE CHANA HENKIN individually and as Personal Representative of the ESTATE OF JUDAH HERZEL HENKIN, et al.,<br><br>*Plaintiff(s)*<br><br>v.<br><br>Qatar Charity,<br>Qatar National Bank and<br>Masraf Al Rayan,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 1:21-cv-5716-AMD-VMS |

## AMENDED SUMMONS IN A CIVIL ACTION

To:   Qatar Charity
      Building 18, Street 132
      Zone 69
      Doha, Qatar

A lawsuit has been filed against you.

Within 90 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiffs or plaintiffs' attorney, whose name and address is:

James P. Bonner (jbonner@fbrllp.com)
Fleischman Bonner & Rocco LLP
81 Main Street, Suite 515
White Plains, New York  10601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (1))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0    I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0    I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0    I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0    I returned the summons unexecuted because _____ ; or

_____

    0    Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00   

I declare under penalty of perjury that this information is true.


Date: _____

                                                                                              *Server's signature*

                                                                                              *Printed name and title*

                                                                                                *Server's address*

Additional information regarding attempted service, etc: