IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNE CHANA HENKIN, Individually and as Personal Representative of the ESTATE OF JUDAH HERZEL HENKIN, ADERET RIVKAH HENKIN STERN, ELIASHIR ELIJAH HENKIN, JACOB BECHOR-SHALOM HENKIN, JOSEPH GIL HENKIN, TAAMA FREIDA HENKIN YAAKOVSON, MIRIAM FULD, Individually, as Personal Representative of the ESTATE OF ARI YOEL FULD, and as the Natural Guardian of N.S.F. (a minor), NAOMI FULD, TAMAR GILA FULD, ELIEZAR YAKIR FULD, HARVEY JONAS YONAH FULD, MARY ALICE FULD, DANIEL YAAKOV FULD, EYTAN FULD, and HILLEL CHAIM SHLOMO FULD,<br><br>        Plaintiffs,<br><br>   v.<br><br>Qatar Charity, Qatar National Bank and Masraf Al Rayan,<br><br>        Defendants. | **FRCP 7.1 DISCLOSURE STATEMENT OF MASRAF AL RAYAN**<br><br>No. 1:21-cv-05716-AMD-VMS |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Masraf Al Rayan states that Masraf Al Rayan is a corporate party with no parent corporations. No publicly held corporation(s) owns 10% or more of Masraf Al Rayan's stock.

Date: November 29, 2021       **PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: */s/ Carolina A. Fornos*
Carolina A. Fornos
31 West 52nd Street
New York, NY 10019-6131
Phone: (212) 858-1558
carolina.fornos@pillsburylaw.com

*Attorney for Defendant Masraf Al Rayan*

2