UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNE CHANA HENKIN, Individually and as Personal Representative of the ESTATE OF JUDAH HERZEL HENKIN, ADERET RIVKAH HENKIN STERN, ELIASHIR ELIJAH HENKIN, JACOB BECHORSHALOM HENKIN, JOSEPH GIL HENKIN, TAAMA FREIDA HENKIN YAAKOVSON, MIRIAM FULD, Individually, as Personal Representative of the ESTATE OF ARI YOEL FULD, and as the Natural Guardian of N.S.F. (a minor), NAOMI FULD, TAMAR GILA FULD, ELIEZAR YAKIR FULD, HARVEY JONAS YONAH FULD, MARY ALICE FULD, DANIEL YAAKOV FULD, EYTAN FULD, and HILLEL CHAIM SHLOMO FULD,<br><br>    Plaintiffs,<br><br>        v.<br><br>QATAR CHARITY, QATAR NATIONAL BANK and MASRAF AL RAYAN,<br><br>    Defendants. | Case No. 21-cv-5716 (AMD) |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Qatar National Bank (Q.P.S.C.) ("Qatar National Bank" or "QNB"), through its undersigned counsel, certifies as follows:

1. Qatar National Bank has no parent corporation and no public corporation owns 10% or more of the shares of QNB.

Dated: November 29, 2021
      New York, New York

                                          Respectfully submitted,

                                          */s/ Michael G. McGovern*_____
                                          Michael G. McGovern
                                          **ROPES & GRAY LLP**
                                          1211 Avenue of the Americas
                                          New York, New York 10036-8704
                                          Telephone: (212) 596-9000
                                          Facsimile: (212) 596-9090
                                          michael.mcgovern@ropesgray.com

                                          *Counsel for Defendant Qatar National Bank (Q.P.S.C.)*