AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Anne Chana Henkin, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-5716 (AMD) |
| Qatar Charity, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Qatar National Bank

Date: 12/08/2021

/s/ Mary E. Brust

*Attorney's signature*

Mary E. Brust

*Printed name and bar number*

Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

*Address*

Mary.Brust@ropesgray.com

*E-mail address*

(212) 596-9522

*Telephone number*

*FAX number*