UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

   Anne Chana Henkin, et al.

        v.

   Qatar Charity, et al.

----------------------------------------------------------X

1:21-cv-5716-AMD-VMS

NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

TO:    Opposing Counsel

_____

_____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __Brittany G. Norfleet__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __Ropes & Gray LLP__ and a member in good standing of the bar(s) of the State(s) of __New York__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for ___Defendant Qatar National Bank___. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 12/08/2021

Respectfully submitted,

_/s/ Brittany G. Norfleet_____
Signature of Movant
Firm Name__Ropes & Gray LLP_____
Address__1211 Avenue of the Americas____
              New York, NY 10036_____
Email__brittany.norfleet@ropesgray.com___
Phone__212-596-9228_____