UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANNE CHANA HENKIN, et al.,

        Plaintiff(s),

v.

QATAR CHARITY, et al.,

        Defendant(s).

1:21-cv-5716-AMD-VMS

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

I, Brittany G. Norfleet, being duly sworn, hereby depose and say as follows:

1. I am a(n) Associate with the law firm of Ropes & Gray LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of New York.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: 5683768
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:21-cv-5716-AMD-VMS for Defendant Qatar National Bank.

Date November 30, 2021, NY

NOTARIZED

PAUL G. LANG
Notary Public, State of New York
No. 01LA4824339
Qualified in New York County
Commission Expires July 31, 2022

Signature of Movant
Firm Name Ropes & Gray LLP
Address 1211 Avenue of the Americas
New York, NY 10036

Email brittany.norfleet@ropesgray.com
Phone 212-596-9228