# FLEISCHMAN BONNER & ROCCO LLP
## ATTORNEYS AT LAW

81 MAIN STREET • SUITE 515 • WHITE PLAINS • NEW YORK • 10601
TEL: 908-516-2066 • FAX: 908-516-2049 • WEB: WWW.FBRLLP.COM

EMAIL: SDavies@fbrllp.com

December 8, 2021

**Via ECF**

Honorable Ann M. Donnelly
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:   *Henkin, et al. v. Qatar Charity, Qatar National Bank and Masraf al Rayan*,
1:21-cv-05716-AMD-VMS

Dear Judge Donnelly:

We are co-counsel for the Plaintiffs in the above-captioned action.  Yesterday, Your Honor granted Plaintiffs' letter motion for the issuance of Amended Letters Rogatory for service of process on Defendant Qatar Charity, and directed the Clerk of Court to prepare an exemplified copy of same, plus the Complaint and Amended Summons to Qatar Charity.

Plaintiffs have not yet received exemplified copies of the Letters Rogatory for service of process on the two other Defendants, Qatar National Bank and Masraf al Rayan, that Your Honor issued on November 10, 2021 as ECF 17 and 18.  We respectfully request Your Honor to direct the Clerk of Court to prepare one exemplified copy of: (i) each of those two Letters Rogatory, (ii) the Summonses issued to Qatar National Bank and Masraf al Rayan as ECF 7-1 and 7-2; and (iii) two exemplified copies of the Complaint ECF 1.

Respectfully submitted,

/s/ Susan M. Davies

CC:  All counsel of record (via ECF)