December 20, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 775516655367

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | A.ABDULLA | **Delivery Location:** | |
| **Service type:** | International Priority | | |
| **Special Handling:** | Deliver Weekday | | DOHA, |
| | | **Delivery date:** | Dec 20, 2021 15:53 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 775516655367 | **Ship Date:** | Dec 17, 2021 |
| | | **Weight:** | 1.2 LB/0.54 KG |

**Recipient:**  
DOHA, QA,

**Shipper:**  
WHITE PLAINS, NY, US,

**Reference**        Qatar III

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx