UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| HENKIN, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 21-05716 |
| QATAR CHARITY, et al. | ) |
| Defendanst. | ) |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Plaintiffs.

Dated:  December 20, 2021          Respectfully Submitted,

HEIDEMAN NUDELMAN & KALIK P.C.
5335 Wisconsin Avenue, NW, Suite 440
Washington, DC  20015
Telephone:  202-463-1818
Telefax:  202-463-2999

By:__/s/ *Noel J. Nudelman*_____
       Noel J. Nudelman (Bar ID: NN4919)