AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Anne Chana Henkin, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-05716-AMD-VMS |
| Qatar Charity, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Qatar Charity                               .
* This Notice of Appearance does not constitute consent to service of process or personal jurisdiction. Furthermore, Qatar Charity expressly reserves the right to raise all available defenses to the claims alleged in the Complaint in the above-captioned matter.

Date:    1/3/2022              /s/ John M. Hillebrecht
                                *Attorney's signature*

                                John M. Hillebrecht
                                *Printed name and bar number*

                                DLA Piper LLP (US)
                                1251 Avenue of the Americas
                                New York, NY  10020-1104
                                *Address*

                                john.hillebrecht@us.dlapiper.com
                                *E-mail address*

                                (212) 335-4500
                                *Telephone number*

                                (212) 335-4501
                                *FAX number*