UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNE CHANA HENKIN, Individually and as Personal Representative of the ESTATE OF JUDAH HERZEL HENKIN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>QATAR CHARITY, QATAR NATIONAL BANK and MASRAF AL RAYAN,<br><br>Defendants. | Civil Action No. 1:21-cv-5716-AMD-VMS |

**RULE 7.1. CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Qatar Charity through its undersigned counsel, certifies as follows:

1. Qatar Charity has no parent corporation, and no public corporation owns 10% or more of the shares of Qatar Charity.

Dated: January 3, 2022
      New York, New York

Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/ John M. Hillebrecht*
     John M. Hillebrecht

Kevin Walsh
Jessica A. Masella
Michael G. Lewis
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.: 212.335.4500
Fax: 212.335.4501
John.Hillebrecht@us.dlapiper.com
Kevin.Walsh@us.dlapiper.com
Jessica.Masella@us.dlapiper.com
Michael.Lewis@us.dlapiper.com