# FLEISCHMAN BONNER & ROCCO LLP
### ATTORNEYS AT LAW

81 Main Street • Suite 515 • White Plains • New York • 10601
Tel: 908-337-1426 • Fax: 908-516-2049 • Web: WWW.FBRLLP.COM

Email: PRocco@fbrllp.com

January 24, 2022

**Via ECF**

Honorable Ann M. Donnelly
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:  *Henkin, et al. v. Qatar Charity, Qatar National Bank and Masraf al Rayan*,
    **1:21-cv-05716-AMD-VMS**

Dear Judge Donnelly:

   We are co-counsel for the Plaintiffs in the above-captioned action.  On January 19, 2022, Defendants Qatar Charity, Qatar National Bank, and Masraf al Rayan each filed a letter motion requesting a pre-motion conference on a proposed motion to dismiss the complaint.  *See* ECF 48-50.  In accordance with Your Honor's individual practices, Plaintiffs will respond to Defendants' letter motions by January 26, 2022.

   Rather than file three separate three-page responses, Plaintiffs respectfully request Your Honor's permission to file a single letter of up to 7 pages in response to Defendants' three letter motions.

                                Respectfully submitted,

                                /s/ Patrick L. Rocco

CC:  All counsel of record (via ECF)