

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

January 28, 2022

**BY ECF**

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Henkin v. Qatar Charity*, 21-cv-5716 (AMD)

Dear Judge Donnelly:

We are counsel to Qatar National Bank Q.P.S.C., and we write on behalf of all Defendants pursuant to Rule 4.A of Your Honor's Individual Practices and Rules. On January 26, 2022, Your Honor scheduled for February 16, 2022, a pre-motion conference regarding Defendants' anticipated motions to dismiss. Pursuant to Your Honor's Individual Practices and Rules, our understanding is that Defendants' deadline to respond to the Complaint is stayed pending the February 16, 2022 pre-motion conference, at which time the Court will set a briefing schedule for each motion. We respectfully request that the Court inform the parties if this understanding is incorrect.

Respectfully submitted,


*/s/ Michael G. McGovern*_____

Michael G. McGovern


cc: All parties of record (by ECF)