UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNE CHANA HENKIN, *et al.*, <br><br>                          Plaintiffs, <br><br> - against - <br><br> QATAR CHARITY, *et al.*, <br><br>                          Defendants. | 1:21-cv-05716 (AMD) (VMS) <br><br> **ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION TO DISMISS THE COMPLAINT PURSUANT TO
FED. R. CIV. P. 12(b)(2), 12(b)(5), AND 12(b)(6) BY DEFENDANT MASRAF AL RAYAN**

      PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Defendant Masraf Al Rayan ("MAR") will move this Court at such time set by the Court, before the Honorable Ann M. Donnelly, United States District Judge, Eastern District of New York, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY, 11201, for an order pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5), and/or 12(b)(6) of dismissal with prejudice of all claims brought by Plaintiffs Anne Chana Henkin, *et al.* against MAR in the Complaint filed on October 13, 2021 (ECF No. 1).

Dated: March 18, 2022
      New York, New York

                                                                                                                     PILLSBURY WINTHROP SHAW PITTMAN LLP

                                                                                                   By: */s/ Carolina A. Fornos*
                                                                                                       Carolina A. Fornos
                                                                                                       Pillsbury Winthrop Shaw Pittman LLP
                                                                                                       31 West 52nd Street
                                                                                                       New York, NY 10019-6131
                                                                                                       Tel.:   (212) 858-1000
                                                                                                       Fax:   (212) 858-1500

                                                                                                       Aryeh L. Kaplan (*pro hac vice*)
                                                                                                        Markenzy Lapointe (*pro hac vice*)
                                                                                                        Pillsbury Winthrop Shaw Pittman LLP
                                                                                                        600 Brickell Avenue, Suite 3100
                                                                                                        Miami, FL 33131
                                                                                                        Tel.:   (786) 913-4900
                                                                                                       Fax:   (786) 913-4901
                                                                                                        *Counsel for Defendant Masraf Al Rayan*