

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Carolina A. Fornos
tel: 212.858.1558
carolina.fornos@pillsburylaw.com

March 18, 2022

**BY ECF**

The Honorable Ann M. Donnelly
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Henkin, et al. v. Qatar Charity, et al.*, 1:21-cv-05716 (AMD) (VMS)
      **Request for Oral Argument**

Dear Judge Donnelly:

Counsel for Masraf Al Rayan ("MAR") in the above-referenced matter writes pursuant to Rule 4.E of Your Honor's Individual Practices and Rules to respectfully request oral argument on MAR's Motion to Dismiss the Complaint, which was filed today.

Respectfully submitted,

/s/ Carolina A. Fornos

Carolina A. Fornos
Aryeh L. Kaplan (*pro hac vice*)
Markenzy Lapointe (*pro hac vice*)
*Counsel for Defendant Masraf Al Rayan*

cc: All counsel of record (by ECF)

4882-0329-2694