## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNE CHANA HENKIN, *et al.*,<br><br>         Plaintiffs,<br><br>      v.<br><br>QATAR CHARITY, QATAR NATIONAL BANK, and MASRAF AL RAYAN,<br><br>         Defendants. | No. 1:21-CV-05716-AMD-VMS |

### NOTICE OF DEFENDANT QATAR CHARITY'S
### MOTION TO DISMISS THE COMPLAINT

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Qatar Charity's Motion to Dismiss, the Declaration of Michael G. Lewis and exhibits attached thereto, all prior pleadings and proceedings in this case, all matters of which this Court may take judicial notice, and such other matters presented at any hearing on this Motion, Defendant Qatar Charity will move this Court before the Honorable Ann M. Donnelly, United States District Court Judge, at the United States Courthouse, 225 Cadman Plaza East, Courtroom 4GN, Brooklyn, New York 11201, on May 17, 2022, or as soon thereafter as counsel may be heard, for an order, pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(5), and 12(b)(6), dismissing the Complaint with prejudice and for such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Minute Order, dated February 16, 2022, Plaintiffs shall file their response on or before May 3, 2022, and Qatar Charity shall file its reply, if any, on or before May 17, 2022.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 18, 2022<br>New York, New York | **DLA PIPER LLP (US)** |
|  | By:   */s/ John M. Hillebrecht*<br>         John M. Hillebrecht<br>         Kevin Walsh<br>         Jessica Masella |
|  | 1251 Avenue of the Americas<br>New York, New York 10020<br>Tel.: (212) 335-4500<br>Fax: (212) 335-1501<br>Email: John.Hillebrecht@us.dlapiper.com<br>           Kevin.Walsh@us.dlapiper.com<br>           Jessica.Masella@us.dlapiper.com |
|  | *Counsel for Defendant Qatar Charity* |