# EXHIBIT 14

2/10/22, 11:51 AM
Letter to the Speaker of the House and the President of the Senate on Designating Qatar as a Major Non-NATO Ally | The White …

Case 1:21-cv-05716-AMD-VMS Document 58-16 Filed 03/18/22 Page 2 of 2 PageID #: 532

BRIEFING ROOM

# Letter to the Speaker of the House and the President of the Senate on Designating Qatar as a Major Non-NATO Ally

JANUARY 31, 2022 • STATEMENTS AND RELEASES

Dear Madam Speaker: (Dear Madam President:)

In accordance with section 517 of the Foreign Assistance Act of 1961, as amended (22 U.S.C. 2321k), I am providing notice of my intent to designate Qatar as a Major Non-NATO Ally.

I am making this designation in recognition of Qatar's many years of contributions to U.S.-led efforts in the U.S. Central Command area of responsibility and in recognition of our own national interest in deepening bilateral defense and security cooperation with the State of Qatar.

Sincerely,

JOSEPH R. BIDEN JR.