# EXHIBIT 15

C01035137
DCID 3/22P (CONFIDENTIAL)

~~CONFIDENTIAL~~ | Withheld under statutory authority of the Central Intelligence Agency Act of 1949 (50 U.S.C., section 3507)

**CONFIDENTIAL//X1**

# DIRECTOR OF CENTRAL INTELLIGENCE DIRECTIVE 3/22P [(1)]

## Interagency Intelligence Committee on Terrorism

(Effective 1 April 1997)

*(U) Pursuant to the provisions of the National Security Act of 1947 and Executive Order 12333, an Interagency Intelligence Committee on Terrorism (IICT) and a Terrorism Warning Group (TWG) are hereby established.*

## 1. Mission

(C) The IICT will advise and assist the Director of Central Intelligence (DCI) in the discharge of his duties and responsibilities with respect to the coordination and publication of national intelligence on terrorism issues and will promote the effective use of Intelligence Community resources for this purpose. The DCI Terrorism Warning Group will prepare coordinated Intelligence Community threat warnings from the DCI to alert senior policy makers of possible foreign terrorist attacks against US and allied personnel, facilities and interests.

## 2. Definition

(U) Title 22, U.S.C. sec. 2656f (d), defines terrorism as "premeditated, politically motivated violence perpetrated against noncombatant targets by subnational groups or clandestine agents." It defines international terrorism as terrorism "involving the citizens or the territory of more than one country." The Intelligence Community in its work uses these definitions and this directive reflects its use.

## 3. Functions

a. (C) The Interagency Intelligence Committee on Terrorism will:
   1. Serve as the principal mechanism of the Special Assistant to the DCI for coordinating Intelligence Community support to the US Government's policies and programs combating terrorism.
   2. Develop and implement procedures and guidelines for issuing Intelligence Community warnings of terrorist threats to affected citizens, organizations, and installations.
   3. Identify the need for, and facilitate the drafting of, interagency intelligence publications.
   4. Facilitate the exchange of intelligence information pertaining to terrorism.
   5. Facilitate the exchange of technical and forensic information relating to terrorism.
   6. Promote training and instruction in the phenomenon of international terrorism.
   7. Advocate career development initiatives for intelligence personnel working on the terrorism

1 of 3

DECLASSIFIED UNDER AUTHORITY OF THE INTERAGENCY SECURITY CLASSIFICATION APPEALS PANEL, E.O. 13526, SECTION 5.3(b)(3)
ISCAP APPEAL NO. 2008-049, document no. 14
DECLASSIFICATION DATE: December 02, 2016

1/14/04 10:52 AM

C01035137 ~~CONFIDENTIAL~~

DCID 3/22P ~~(CONFIDENTIAL)~~

> Withheld under statutory authority of the Central Intelligence Agency Act of 1949 (50 U.S.C., section 3507)

        problem.
8. Promote and monitor terrorism-related research and development within the national Intelligence Community.
9. Provide recommendations facilitating the collection, production, coordination and dissemination of intelligence on terrorism.
10. Provide a venue for discussions, information sharing, coordination, and decision making among members of the Intelligence Community and other elements engaged in efforts to combat terrorism.
11. Provide impartial review, comment and advocacy regarding programs that impact on the national Intelligence Community's terrorism mission.

b. (C) The Terrorism Warning Group will:
1. Issue terrorism warning reports from the DCI to senior policy makers
2. Develop guidelines and criteria for issuance of terrorist warning reports.
3. Monitor regional or country threat levels developed by Intelligence Community organizations and reconcile, explain or acknowledge divergent views.
4. Organize such formal and ad hoc community analytical exchanges and warning forums as necessary to complete its mission.

## 4. Intelligence Community Responsibilities

(U) On request of the Chairman of the IICT, Intelligence Community members will provide information regarding plans, programs, resources and operations pertinent to the committee's mission and functions within DCI-approved security safeguards.

## 5. Composition and Organization

a. (U) The Committee Chairman will be a Community officer appointed by the DCI, who will also manage the activities of the Terrorism Warning Group (TWG) and the Community Counterterrorism Board (CCB).
b. (U) The IICT will be composed of representatives of the Intelligence Community, as defined by E.O. 12333 and the National Security Act of 1947, as well as representatives of relevant US Government entities with counterterrorism and antiterrorism responsibilities. The chairman will establish subcommittees, task forces, working groups and advisory groups as required.
c. (U) The TWG will be composed of a mix of civilian and military personnel from the Intelligence Community.
d. (U) The CCB will be the Executive Secretariat for the IICT and the TWG.

---

### Footnotes

(1) This DCID supersedes DCID 3/22, dated 24 October 1990.

CL BY: [ ]
CL REASON: see 1.5(c)
DECL ON: X1
DRV FROM: MIS 1-87

> Withheld under statutory authority of the Central Intelligence Agency Act of 1949 (50 U.S.C., section 3507)

---

| DCI Home | CAPCO Home | DCIDs | Comments | CMS | Intelink Central |

C01035137

DCID 3/22P (CONFIDENTIAL)

> Withheld under statutory authority of the Central Intelligence Agency Act of 1949 (50 U.S.C., section 3507)

**CONFIDENTIAL//X1**