# EXHIBIT 17

# Explore

Settings

### Tweet

 **CdA Natalie A. Baker** ✓
@USAmbQatar

A fruitful discussion with Mr. Yousef Al-Kuwari, Chief Executive Officer of the #Qatar Charity Organization. Millions across 4 continents rely on the vital assistance that @qcharity provides, and it is considered one of the best organizations in the world thanks to its leadership and advanced humanitarian work. 🇺🇸 is proud of its partnership with 🇶🇦 in humanitarian efforts around the world.



1:05 PM – 24 Jan. 2022 – Twitter for iPhone



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents above have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

| | |
|---|---|
| File Name(s): | Twitter, CdA Natalie A. Baker, @USAmbQatar, dated Jan. 24, 2022 |
| Source Language(s): | Arabic |
| Target Language(s): | English |

*Authorized Signature:*

Crystal Dai (Jan 28, 2022 15:45 CST)

| | |
|---|---|
| *Name:* | *Crystal Dai* |
| *Title:* | *Senior Project Manager* |
| *Date:* | *January 28, 2022* |

Reason for signature: I approve the accuracy of this document content as written



# Explore

⚙ Settings

← Tweet



CdA Natalie A. Baker ✓
@USAmbQatar

نقاش مثمر مع السيد يوسف الكواري، الرئيس التنفيذي لجمعية #قطر_الخيرية. يعتمد الملايين عبر 4 قارات على المساعدات الحيوية التي تقدمها @qcharity و تُعدّ واحدة من أفضل المنظمات في العالم بفضل قيادتها وعملها الإنساني المتطور. تفخر🇺🇸بشراكتها مع🇶🇦في الجهود الإنسانية في جميع أنحاء العالم.



1:05 PM · Jan 24, 2022 · Twitter for iPhone