# EXHIBIT 20

# 70 partnership agreements between Qatar Charity

qcharity.org/en/global/news/detailsinternational/12741-70-partnership-agreements



## 70 partnership agreements between Qatar Charity and UN organizations with a Total Value of 28 Million USD

6/21/2017

There are 70 partnership agreements between Qatar Charity (QC) and UN organizations with a total value of 28.2 million USD.

QC's concern to cooperate with the UN on the humanitarian level is reflected by those agreements and the number of programs and projects executed in some countries.

*7 UN agencies*

Cooperation memoranda and agreements were signed with the following organizations and agencies:

United Nations High Commissioner for Refugees (UNHCR), World Food Program (WFP), International Organization for Migration (IOM), Food and Agriculture Organization (FAO), United Nations Children's Fund (UNICEF), United Nations Office for the coordination of Humanitarian Affairs (OCHA), United Nations Development Program (UNDP), United Nations Relief and Work Agency (URWA).

*Fields of cooperation*

These agreements cover various humanitarian and developmental fields such as:

The relief and the rehabilitation of migrants, providing the necessities of life, logistic cooperation, food and water supply, resource mobilization, agriculture, food security, exchange of experts, health and social care.

Many countries benefited from these projects executed within the frame of that cooperation such as; Palestine, Somalia, Pakistan, Iraq, Sudan, Yemen and Niger.

### *UNHCR*

The value of the cooperation between QC and UNHCR amounted to 5.49 million USD between 2000 and 2017, including water supply and sanitation agreements in Kosovo. As well as relief, water supply and sanitation agreements in Pakistan. In addition to the repatriation of Somali migrants and relief activities in Yemen, Myanmar, Malaysia and Iraq.

### *WFP*

The total value of QC's agreements with WFP is amounted to 4.82 million USD between 2007 and 2015. It included fields of world logistic cooperation, food supply for Sudan, Gaza in Palestine and Pakistan as well as world resource mobilization.

The cooperation with the International Organization for Migration (IOM) focuses on signing international cooperation agreement in 2016 and the relief of Lebanon in 2007 with a total value of 7.8 million USD.

### *FAO and UNICEF*

The value of the QC's cooperation with the Food and Agriculture Organization (FAO) is 7.8 million USD between 2009 and 2017. It included agricultural projects in Somalia and Pakistan and food security in Niger.

The Total value of QC's cooperation with UNICEF is 5.2 million USD between 2009 and 2016 in the field of social care in Somalia and **Water and Sanitation in Pakistan**.

### *Cooperation with OCHA*

In 2009, Qatar Charity and United Nations Office for Coordination of Humanitarian Affairs (OCHA) signed a cooperation agreement on the exchange of experts. In 2017, QC also worked with the United Nations Development program (UNDP) on **Economic Empowerment in Palestine** and Sudan with a total value of 2.53 million USD.

### *Cooperation with UNRWA*

In 2013, QC also cooperated with the United Nations Relief and Work Agency (UNRWA). They signed two agreements on sanitation in Gaza with a total value of 2 million USD.