# EXHIBIT 30

# Start Network holds first AGM and first Assembly meeting as an independent charity

🌐 startnetwork.org/news-and-blogs/start-network-holds-first-agm-and-first-assembly-meeting-independent-charity

October 1, 2019



 News Article

**Start Network today held it's first Annual General Meeting and the first Assembly meeting as an independent charity.**

Hosted this year in Doha, by Start Network member Qatar Charity, the Assembly meeting is an annual gathering to influence the strategic direction of the Network and includes the Annual General Meeting for the Start Network Company.

At the AGM members provisionally agreed to accept 12 new organisations into membership (on the basis that conditions are met), this was agreed in line with the Network's ambition to bring more local and national organisations into membership and better balance the diversity of the network.

The Start Network Assembly includes representatives from all Start Network members, it sets the network's strategic direction and acts as a sounding board that informs the network's evolution. Members of the Start Network host Assembly meetings each year. In past years, Welthungerhilfe, Cordaid, and CAFOD have hosted the Assembly meeting in the UK, Germany and the Netherlands. This year Qatar Charity offered to host the Assembly meeting.

*Watch the opening speeches of the Network's Assembly from the charity's acting CEO Cat Sneath, new CEO Christina Bennett, CFOO Suzanne Lyne and Chief Governance Officer Mohammed Ali Al-Ghamdi from the host, Qatar Charity.*

The Network's first Annual General Meeting will see the Start Network's Board of Trustees report on the progress of the charity and strategic direction and will be followed by the charity's first Assembly meeting.

The meeting is a key moment for the charity's members to come together including the first batch of new members in 2 years; and will be joined by the Network's new leadership, CFOO Suzanne Lyne and Christina Bennnett as CEO.

During the two day Assembly, Start Network members will collectively explore and **learn** about important topics for the Network including due diligence, the Start Financing Facility, and a refreshed brand.

Members will take part in collaborative **build** sessionsharnessing **learning** to tackle shared challenges, and decisions on the Network's future and strategic direction with a renewed focus on localisation, new financing and collective innovation.



Watch Video At: https://youtu.be/eInjmXi4Yvo

Learn more about the Start Network charity.

**Keep reading:**

Start Network

by&nbspHelen James

Suggested content

Blog Post

**Start Network welcomes two new trustees**

08 Apr 21

News Article

**Start Network begins search for new chair**

05 Mar 21

by Helen James

Blog Post

**Putting people and culture at the core of the Start Networks organisational agenda**

13 Nov 20

by Helen Guyatt