# EXHIBIT 31



# THE NETWORK
## Our members











(er.org.uk/)

(https://www.afedem.org)

(h



(g.uk/)




(https://www.afpde.org/)

l/en/)





g.uk/)






(https://www.caritasdevgoma.org/)    (https://www.caritasindia.org/)    (http://www.caritaslk.org/)    (http://www.crs.org/)

This website uses cookies. If you continue to use this site we will assume that you agree to this. **Read more. (/privacy-policy)**.   ACCEPT

   


   


   


  

   

   

   

christian aid

community WORLD service ASIA peace resilience dignity

CONCERN worldwide

Cordaid

)

ısia/)

DOCTORS OF THE WORLD

DORCAS RELIEF & DEVELOPMENT

GOAL

HANDS هینڈز

org.uk)

HELP Foundation

HelpAge International age helps

humanity &inclusion

IDEA For a Bright Future

ık/en/index)

(http://idea.org.pk/)

International Medical Corps

INTERNATIONAL RESCUE COMMITTEE

ISLAMIC RELIEF

MEDAIR each life matters

ɔs.org/)

:)

MercyCorps

MIDEFEHOPS ASBL

Muslim Aid Serving Humanity

NEADS

/)

(https://www.m...limaid.org/)

Oxfam

P.A.R.C 1983

PEOPLE IN NEED CZECH REPUBLIC

PLAN INTERNATIONAL

ASOCIACION SALVADOREÑA DE AYUDA HUMANITARIA PRO VIDA

قطر الخيرية QATAR CHARITY

RELIEF INTERNATIONAL

Save the Children

(http://www.asociacionprovida.sv)

(https://www.qcharity.org/en/qa)

(http://www.savethechildren.org.u

(https://www.ri.org/)

This website uses cookies. If you continue to use this site we will assume that you agree to this. **Read more. (/privacy-policy)**.

ACCEPT











(http://www.welthungerhilfe.de/)    (https://www.worldjewishrelief.org/)    (http://www.worldvision.org.uk/)



**REGISTERED CHARITIES WITH A COMMITMENT TO INTERNATIONALLY RECOGNISED HUMANITARIAN PRINCIPLES AND STANDARDS ARE ELIGIBLE TO JOIN THE START NETWORK.**

FIND OUT MORE     (/BECOMING-A-MEMBER)

# SUPPORT FOR THE NETWORK
Our donors

# OUR DONORS





(https://www.dutchdevelopmentresults.nl/theme/haid)

(https://www.gov.uk/government/organisations/foreign-commonwealth-development-office)

(https://ikeafoundation.org/)

(https://www.irishaid.ie/)

This website uses cookies. If you continue to use this site we will assume that you agree to this. Read more. (/privacy-policy).    ACCEPT







## OUR PARTNERS

## OUR PARTNERS


(https://www.acaps.org/)




(http://box.org/)




(http://devinit.org)






(http://www.humanitarianleadersh




(https://www.salesforce.org/)

## WHY JOIN THE START NETWORK
Be part of leading the change

NGOS       DONORS       PARTNER ORGANISATIONS

This website uses cookies. If you continue to use this site we will assume that you agree to this. **Read more. (/privacy-policy)**.





# FIND OUT MORE ABOUT START NETWORK

## WHO ARE OUR SUPPORTERS?

startnetwork.org/supporters (https://startnetwork.org/supporters)

## READ ABOUT OUR IMPACT

startnetwork.org/learning-evidence/impact (https://startnetwork.org/learning-evidence/impact)

NEWSLETTER SUBSCRIBE      (NEWSLETTER)

About (https://startnetwork.org/about-us) | Crisis Alerts (https://startnetwork.org/start-fund/alerts) | Members (https://startnetwork.org/network) | Our people (https://startnetwork.org/about-us/who-we-are) | Jobs (https://startnetwork.org/about-us/current-vacancies) | Complaints (https://startnetwork.org/complaints) | Governance & Assurance (https://startnetwork.org/about-us/governance) | Privacy & Cookie Policy (https://startnetwork.org/privacy-policy) | Media Centre (https://startnetwork.org/media-centre) | Contact us (node/716)

(https://www.linkedin.com/company/the-start-network?trk=biz-companies-(https://twitter.com/StartNetwork)(https://www.youtube.com/channel/UCuXGWvO3GSgvrXvXudM0...

Copyright © 2022 Start Network, a company (09286835) and charity (1159483) registered in England and Wales.

This website uses cookies. If you continue to use this site we will assume that you agree to this. Read more. (/privacy-policy).  ACCEPT