# EXHIBIT 32

# United Nations Rejects Saudi Arabia's List of Qatari 'Terrorists'

moroccoworldnews.com/2017/06/219357/united-nations-rejects-saudi-arabias-list-qatari-terrorists

Ezzoubeir Jabrane June 10, 2017 10:06 a.m.



Rabat - **The United Nations has rejected a list complied by Saudi Arabia and three other countries of alleged Qatar terrorists, saying that the global governing body is "only bound by the sanctions lists put together by UN organs."**

The list includes several Qatari charities and humanitarian aid organizations.

Saudi Arabia has launched a series of symbolic attacks against its sister state, Qatar, after it severed diplomatic relations with the Gulf country on Monday. Most recently, Saudi Arabia branded as terrorists 59 individuals and 12 entities affiliated with Qatar, including Yusuf al-Qaradawi, the chairman of the International Union of Muslim Scholars.

UN Secretary General Antonio Guterres' spokesman, Stephane Dujarric, stated on Friday that the UN is not concerned with the list.

"The UN is bound only by the sanctions lists put together by UN organs such as the Security Council. We're not bound by any other lists," Dujarric said.

Qatar Charity, the Sheikh Eid Al-Thani Charity Foundation, and the Sheikh Thani Bin Abdullah Foundation for humanitarian services were among the entities blacklisted by Saudi Arabia, the UAE, Egypt and Bahrain.

Qatar Charity has operated alongside UN organizations, such as UNHCR, UNICEF, the World Food Programme, Oxfam, CARE and others, and was ranked the first worldwide by the United Nations in 2014 for its efforts in Syria, Palestine and Somalia.

"The Office for the Coordination of Humanitarian Affairs has over the years built strong partnerships with these organizations based on shared humanitarian principles, which are strictly non-political," added the UN official.

The Qatari government also rejected the allegations of supported terrorism made by Saudi Arabia and its allies, and they said that by blacklisting these organizations, these countries put into question "the work of the international aid agencies cooperating with them as well."

"The recent joint statement issued by Saudi Arabia, Bahrain, Egypt, and the UAE regarding a 'terror finance watchlist' once again reinforces baseless allegations that hold no foundation in fact," added the Qatari government.

© Morocco World News. All Rights Reserved. This material may not be published, rewritten or redistributed without permission.

## Support

Your support allows us to continue delivering quality journalism that is accessible to audiences across the globe. Every contribution, however big or small, is valuable for our mission and readers.

**Support Morocco World News from as little as $10 – and it only takes a minute. Thank you.**

Support MWN     Remind me in March


0     | 0



Login


Comments
0