# EXHIBIT 33

# Qatar Charity, Save the Children UK sign MoU

qatar-tribune.com/news-details/id/126808

May 29, 2018



QNA
Doha
QATAR Charity and Save the Children UK organisation signed a memorandum of understanding (MoU) to benefit from the cooperation aspects of their humanitarian functions. The MoU aims to create strategic cooperation between the two entities in implementing emergency relief projects, to develop mechanisms to operate in the best manner and to create opportunities for cooperation in all stages of planning and implementation.
The memorandum promotes the implementations of emergency joint activities between both parties in the emergencies, preparedness and quick responses in case of disasters and coordinate field programmes regularly.
Qatar Charity CEO Yousef bin Ahmed al Kuwari and Save the Children UK partnerships manager, Richard Young, expressed their delight with the cooperation between both entities. Young said he hoped the MoU has a positive and effective impact on the quality and comprehensiveness of the services and projects done by both organisations, especially in rapid responses and relief in disasters and emergencies.
For his part, Kuwari said Qatar Charity has high hopes in its cooperation with Save the Children with regards to optimizing the services provided in emergencies, especially those related to protecting children and providing them with the appropriate help in places affected by disasters and conflicts, confirming Qatar Charity's commitment to international standards.
He added that Qatar Charity operates through 28 field offices to enable societies to maintain their dignity achieving social justice through educating the children, cultural development, health, nutrition, water and sanitation, economic empowerment, social welfare, disaster preparedness and response and housing.
Save the Children UK is an international non-governmental organisation that focuses on ensuring each child's right to survival, education and protection and has nearly 100 years of work experience for children in fields related to development and emergency responsiveness.

Save the Children UK collaborates with governments, civil society organisations and other partners in 120 countries around the world to support and positively impact the protection of children's rights and lives.