# EXHIBIT 36

Masjid Al-Ihsan
4.8 ★★★★★ 92 reviews
Mosque
Directions
Save
Nearby
Send to your phone
Share
977 Fulton St, Brooklyn, NY 11238
Open now: 12–10:30PM
poi place
M2MP+69 Brooklyn, New York
Claim this business
Add a label
Suggest an edit
Add missing information
977 Fulton St
New York
Google
Street View - May 2021
Mr.Melon
Masjid A
Google

Restaurants
Hotels
Attractions
Transit
Parking
Pharmacies
ATMs
House Diner
Eladia's Kids
Christopher Wallace childhood home The...
Impulse Labs
Emily
Pizza · $$
Pure Nail Salon
Common Grand
Bergen Bagels on Fulton
Recycle-A-Bicycle
Bicycle repair shop
Shining Smiles
Crown Fried Chicken & Pizza
Free Delivery on 1st Order
Masjid Al-Ihsan
Leon & Son Wine and Spirits
Wine store
Pro Reps Performance Inc
Room Service Laundry
York
Garden Dental Arts
Hops Hill
Sisters
Delivery by Caviar
Fulton St
Clean Rite Center
Achievement First Endeavor Middle School
Aozora Community
Sanders Studios NYC
Otway
American · $$$
Hartley's
El Noel Wellness Center & Spa
Achievement First Endeavor...
United States Postal Service
Jazz 966
Prema Yoga Brooklyn Fulton
Blank Forms
FAN4Kids
Layers
Tesla Destination Charger
Google
Cathedral Condominiums
Washington Ave
Cambridge Pl
Grand Ave
Downing St



