# EXHIBIT 38

Jon Wilks ✓
@JonWilksFCDO

Qatar Charity are doing great work often in places where #UK aid is also given. Discussed future cooperation linked to the World Cup through projects on youth, peace and development.

#UKinQatar



👤 Qatar Charity | قطر الخيرية

7:03 AM · Oct 8, 2020 · Twitter Web App

16 Retweets    2 Quote Tweets    58 Likes