

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

John M. Hillebrecht
John.Hillebrecht@dlapiper.com
T   212.335.4590
F   917.778.8590

March 18, 2022

*VIA ECF*

The Honorable Ann M. Donnelly
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   *Henkin, et al. v. Qatar Charity, et al.*, **1:21-cv-05716-AMD-VMS**

Dear Judge Donnelly:

      We represent Defendant Qatar Charity.  Pursuant to Rule 4(E) of Your Honor's Individual Practices, we respectfully request the Court to hear oral argument on Qatar Charity's Motion to Dismiss the Complaint (the "Motion"), filed on this day of March 18, 2022.  The Motion addresses complex statutory, common law, and constitutional questions.  It also distinguishes between the three defendants, which, despite the Complaint's group pleading, are not similarly situated.  Oral argument would allow the Parties to clarify their arguments and resolve any questions Your Honor may have concerning the substantial briefing before the Court.

      Respectfully submitted,

*/s/ John M. Hillebrecht*
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
212-335-4500

John M. Hillebrecht
Kevin Walsh
Jessica Masella

*Counsel for Qatar Charity*

cc:   All counsel of record (by ECF)