AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| ANNE CHANA HENKIN, individually and as Personal Representative of the ESTATE OF JUDAH HERZEL HENKIN, et al. <br> *Plaintiffs* <br> v. <br> QATAR CHARITY; QATAR NATIONAL BANK; and MASRAF AL RAYAN <br> *Defendants* | ) ) ) ) ) ) ) | Case No.  1:21-cv-5716 |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs                                                                                                                          .

Date:   03/29/2022                                                              /s/ Thomas M. Caroccia
                                                                                                    *Attorney's signature*

                                                                              Thomas M. Caroccia  (5934716)
                                                                                  *Printed name and bar number*

                                                                              Fleischman Bonner & Rocco LLP
                                                                              81 Main Street, Suite 515
                                                                              White Plains, New York 10601
                                                                                                    *Address*

                                                                              tcaroccia@fbrllp.com
                                                                                                    *E-mail address*

                                                                              (908) 516-2045
                                                                                                    *Telephone number*

                                                                              (908) 516-2049
                                                                                                    *FAX number*