# FLEISCHMAN BONNER & ROCCO LLP
## ATTORNEYS AT LAW

81 MAIN STREET • SUITE 515 • WHITE PLAINS • NEW YORK • 10601
TEL: 908-337-1426 • FAX: 908-516-2049 • WEB: WWW.FBRLLP.COM

EMAIL: JBonner@fbrllp.com

May 3, 2022

**BY ECF**

The Honorable Ann M. Donnelly
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:**    *Henkin, et al. v. Qatar Charity, et al.*, 1:21-cv-05716-AMD-VMS

Dear Judge Donnelly:

    We write on behalf of Plaintiffs in the above-captioned case in accordance with Your Honor's Individual Practices and Rules, Section 4.E, which directs parties to request oral argument via separate letter submitted simultaneously with the filing of motion papers.

    Plaintiffs respectfully request oral argument on Defendants' motions to dismiss, Dkt. Entry Nos. 54, 56, and 58. Plaintiffs submit this letter in connection with their opposition papers to Defendants' motion, which are being filed today.

                                                          Respectfully submitted,

                                                          /s/ James P. Bonner

                                                          James P. Bonner

CC:  All counsel of record (via ECF)