

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street  |  New York, NY 10019-6131  |  tel 212.858.1000  |  fax 212.858.1500

Carolina A. Fornos
tel: 212.858.1558
carolina.fornos@pillsburylaw.com

May 10, 2022

**BY ECF**

The Honorable Ann M. Donnelly
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *Henkin, et al. v. Qatar Charity, et al.*, 1:21-cv-05716-AMD-VMS

Dear Judge Donnelly:

Counsel for Masraf Al Rayan writes pursuant to Rule 4(C) of Your Honor's Individual Practices and Rules on behalf of all Defendants (Masraf Al Rayan, Qatar Charity, and Qatar National Bank), and with Plaintiffs' consent, to respectfully request an extension of the page limit for Defendants' reply briefs to 35 pages for each brief, which are due on May 17, 2022.  The additional pages are needed to respond to Plaintiffs' voluminous opposition brief, which was a total of 87 pages and attached two declarations and thirteen exhibits.

Respectfully submitted,

/s/ Carolina A. Fornos

Carolina A. Fornos
Aryeh L. Kaplan (*pro hac vice*)
Markenzy Lapointe (*pro hac vice*)
*Counsel for Defendant Masraf Al Rayan*

cc: All counsel of record (by ECF)

4879-0505-5519