# EXHIBIT 1



Israel  Police

*Scanned* Sheet no. 1

**Translation of a suspect's testimony**

**Notice no.: 1**
[Arabic text]

| ID/[Arabic text] 914129002 | First name/[Arabic text] Fadi | Last name/[Arabic text] Manassra | Name in Latin letters | |
|---|---|---|---|---|
| Previous name/[Arabic text] | Nickname/[Arabic text] | Marital status/[Arabic text] | Sex/ [Arabic text] | Religion/ [Arabic text] |

| Date of birth/[Arabic text] October 11, 1982 | Place of birth/[Arabic text] | Home phone/[Arabic text] | Cellphone/[Arabic text] 0569964777 |
|---|---|---|---|
| Residential address/[Arabic text] Beituniya-Ramallah | Father/s name/[Arabic text] Bahjat | Grandfather's name/[Arabic text] Abd El-Fateh | Mother's name/[Arabic text] |
| Name of workplace and address/ [Arabic text] | Profession / [Arabic text] | | Additional phone numbers/[Arabic text] |

| Sep. 9, 2015 | 3:10 PM | Kishon | 1238039 | Master Sergeant | Ghissan | Bibar |
|---|---|---|---|---|---|---|
| **Date** | **Time** | **Location** | **Personal No.** | **Rank** | **First name** | **Last name** |

[Illegible text]

**I saw the aforesaid before me and I told him I am a police investigator and my name is Ghissan. I want to investigate you under warning as a suspect of:**
**<u>1. Membership, actions and providing services to a hostile organization.</u>**
**You do not have to speak and anything you say will be recorded and may be used as evidence against you in court, refraining from answering questions could strengthen the evidence against you. <u>You have the right to consult with an attorney.</u>**
**After having read the aforesaid to the aforementioned person, he confirmed, through his signature, that he understood the suspicion against him and the contents of the warning.**
**Suspect's signature: <u>Signed on the original</u> Investigator's signature: <u>Signed on the original</u>**
Q: Did you understand the suspicions against you, the contents of the warning and your right <u>to consult with an attorney?</u>
A: Yes, I understood.
Q. How are you today?
A: Good
Q: Please give me your full details.
A: My name is Fadi Bahjat Abd Al-Fateh Manassra, 32 years old, a resident of Beituniya-Ramallah. I work at the Qatar Charity Association. My father is known as Abu Fadi, my mother is named Raya. I have two brothers named Muhammad and Abd Al-Aziz and I have 5 sisters. I am married and my name is named Hadil and I have two children, I studied accounting at the Philadelphia University in Jordan.

Q: Tell me about your work at the Qatar Charity Organization.
A: I started working at the Misra Food Company as an accountant. I started working in 2007, until the year 2009. During that period of time I met a young man Waal Sha'ban, who worked as a financial manager at the Charity and he made the offer for me to be an accountant at the Qatar Charity Organization office in Ramallah.
I started working at the organization in February 2010 as an accountant, I was responsible for recording the movements of incoming and outgoing funds, to oversee reports and its dispatch to the main branch in Qatar. I signed the Organization's checks in the presence of the director, Juda Dib Al-Jamal who was around 50 years old, they call him Abu Bashar, he lives in Beit Hanina.
Q: Who worked with you at the Organization?
A. 1. Najwan Awda, a 32 year old single woman who lives in Ramallah, who was responsible for logistics and property.
2. Muhammad Hassan Ali Raheel, a 42 year old man, a resident of Beituniya, married. They call him Abu Ma'an and he was responsible for thesponsorship programme at the Organization.
3. Wisaam Adib Abu Halil, a 26 year old single man who lives in Beituniya and he was responsible for supervising sponsorships.
4. Dou'aa Zimar, a 24 year old single woman who lives in Nablus and she was the office secretary.
5. An'aam Abi Qaran, a 35 year old woman who lives in Ramallah, married, she was responsible for supervising sponsorships.
6. Dawalat Uthman, a woman around 53 years old, a resident of Ramallah, the office janitor.
7. Hadhifa Sa'id Jalamna, in his 40s, married, they call him Abu Sharif; he lives in Ramallah and he manages the educational project.
8. Rim Sharha, a 24 year old single woman who lives in Beituniya, she was the educational project coordinator.
9. Halil Al-labadi, a man around age 28 who lives in Beit Hanina, single, his job was to record the educational project account and send the Qatar Educational Foundation report.
Q: What was the difference between the Qatar Organization and the Qatar Foundation?
A: The difference is that the Qatar Foundation is responsible for education while the Qatar Organization is a government organization that deals with social problems and the educational project that I mentioned is a joint project with the Qatar Foundation.
Q: Tell me about the Qatar Organization's activities in Ramallah?
A: The Organization has a lot of activities. They are:
1. Sponsorships, which support needy families, orphans, students and teachers.
2. Support for small projects like raising sheep, etc.
3. Seasonal projects like distributing Ramadan holiday meals to needy families.
Q: Tell me about the orphans' project at the Organization?
A: There are currently about 4500 orphans in the West Bank, the conditions for registration are that the child's father died before age 10, and we help him until age 18.
Each child comes with a guardian with all the documents such as the father's death certificate, the child's birth certificate, and we send the forms to Qatar. If he will have a sponsorship from the Organization in Qatar, they get in touch with us and report to us. The

[Illegible text]

[Illegible text]

Organization in Qatar leaves the guarantor with all the details about the child, the residential address and phone numbers and the Organization in Qatar is responsible for transferring the money to the Organization in Ramallah. The money is transferred via bank transfer every three months. Each orphan is transferred an average of 300-600 ILS.

We work with the Bank of Palestine. We have an agreement regarding the removal of "Sanabel Card" for participants in the sponsorship program. These cards are removed by the Bank of Palestine, we give it to the person responsible for the orphan and the "Sanabel Card" can be used at any Bank of Palestine ATM and it can be like a Visa card.

And if I can add something, we work with the Zukka Foundation that is approved by the Palestinian Authority and they help us distribute the cards.

If the guarantor wants the fund transfer details and the orphan's phone numbers, he is provided with them, and the Organization transfers about one million USD every three months.

Q: Tell me about food product distribution during the holidays?

A: We distribute food products on holidays such as breakfasts for fasts during the month of Ramadan and distributing meat for Eid. This project costs us 140 thousand USD per year. The funds are collected from large companies and from individuals from Qatar and this is done via the internet or through a call center or in any other manner.

The funds are at the Al-Riyyan Bank in Doha it is transferred to Deutsche Bank in Germany. From there it is transferred to the Bank of Palestine in Ramallah to Account Number 1213. At the bank branch in Ramallah, we convert the bills from Euros to Dollars and this action is only done at the Bank of Palestine. This is the Qatar Organization's policy for all branches around the world.

Q: Tell me about the Qatar Organization in Gaza?

A: When I started working in Ramallah, the office was responsible for the office in Gaza, with the consent of the Palestinian Authority and we were responsible for the office's behavior and anything that happened at the office in Gaza. All activities were conducted at the office in the West Bank and this was with the consent of the Palestinian Authority. Obviously, all fund transfers through the office in the West Bank was with after approvals from the Authority.

Abd Al-Razak Al-Jarbaoui, a man around 49 years old, married who is known as Abu Magad, a resident of Gaza. He supervised the Organization in Gaza until the year 2010. Afterward, Juda Al-Jamal received supervision of both Gaza and the West Bank. During that time, in the year 2011, a young man named Ramadan Aasi, a man around 40 years old, a resident of Beit Lakiya was appointed as the director of accounts in Gaza and in Gaza, and he was responsible for all projects, and he was responsible for all projects and would approve them. And Najwan, who mentioned before, she was responsible for administrative matters in the West Bank and in Gaza. In 2013, they appointed a manager from Qatar named Muhammad Abu Haloub. From that moment onward, the offices were split and the office in Gaza started operating alone.

Q: Who is currently still at the Qatar Organization in Gaza?

A. 1. Waal Al-Bana, a 31 year old man, married, he is known as Abu Nasser, a resident of Gaza, an accountant.

2. Ataa Qasem, a resident of Gaza, a civil engineer.

3. Mutanaser Abu Shamaleh. I don’t know him. He supervises sponsorships.
4. Hanan Abu Ramima, a 26 year old woman, a resident of Gaza, a secretary.
5. Muhamad Abu Haloub, a 44 year old man, a resident of Gaza, the director of the office.
6. Ama Rastem, a resident of Gaza, he supervises sponsorships.

Currently, the Qatar Organization engages in orphan assistance, to provide fuel and medical equipment to hospitals, construction and renovation of schools. There is currently no connection between the Qatar Organization in the West Bank and the Qatar Organization in Gaza.

At the beginning of 2015, the Organization participated in a project to distribute meat that came from outside of Israel and the person responsible for the project was Juda Al-Jamal. The meat was supposed to be distributed to the poor immediately, but the Israelis would not let it enter and we transferred it to Jordan. Najwan coordinated with the Luzaan Trucking Company in order to move the meat to the Hashemite Kingdom of Jordan. The Free Hashemite [unknown term] was approved by the State.

Q: Do you have anything to add?

A: No.

**This is my notice that I read and was read to me was approved with my signature out of my free will**

**Signed on the original** **Signed on original**

**End time: 5:14 PM**

[Hebrew text]

[Bilingual section: Hebrew-Arabic]

Notice – Contd.: Notice No.: *1* Page No.: *1*

| ID number *914129002* | First name *Fadi* | Last name *Manassra* | | Name in English letters |
|---|---|---|---|---|
| Previous name | Marital status *(X)* Married ( ) Single ( ) Divorced ( ) Widowed | | Sex *Male* | Religion *Muslim* |
| Date of birth *10/11/1982* | Place of birth | Home telephone | Work telephone *0569964777* | |
| Residential address *Beitunia, Ramallah* | | Name and address of place of employment *Palestinian Authority Preventative Security* | | |
| Cellphone No. | Father's name *Bahjat / Abd el-Fateh* | Parents' address | | |

| *9/9/15* | *15:06* | [illegible] | Interrogator *12228039* [Hebrew text] | | | |
|---|---|---|---|---|---|---|
| Date | Time | Location | ID No. | Rank | First name | Last name |

*I saw the aforementioned. I told him that I am a police interrogator and that my name is Ghassan. I hereby inform you that you are accused of*
*(1) Belonging to,* [illegible] *and providing service to an enemy organization*
*and all of this is illegal.*

*You do not have to say anything unless you wish to do so. Anything you say will be recorded by me and submitted as evidence at court. Failure to answer the questions may strengthen the evidence against you. Before the interrogation* [illegible].
*I hereby inform you that* [illegible] *meet with attorneys until 9/10/15 at 23:59.*
*Question: Have you understood the accusations leveled against you in the investigation and that you are entitled to consult an attorney?*
*Answer: Yes, I have understood.* [signature]
*Question: How are you now?*
*Answer: I am fine.* [signature]
*Question: Give me your complete details.*
*Answer: Fadi Bahjat Add el-Fateh Manassra. I am 32 years old. I reside in Zeitouna, Ram Allah. I work at the Qatar Charity Association. They call my father Abu Fadi. My mother's name is* [illegible]. *I have two brothers. Their names are Mohamed and Abdul Aziz* [illegible]. *I also have 2 sisters. I am married and my wife's name is Hadil* [illegible]. *I learned accounting* [illegible] *at Philadelphia University in Jordan.*
*Question: Tell me about before you worked at the Qatar Charity Association.*
*Answer: I used to work in* [illegible] *at Al-Mubarra Foodstuffs Company in accounting I worked at the company from 2002 to 2004. At* [illegible] *time, I became acquainted with* [illegible] *Wael Shaban, who works as the finance director at the Association. He offered that I come and work as the accountant at the Qatar Charity Association in Ramallah.*
*I worked at the Qatar Charity Association in Ramallah as of 2/2010 as an accountant.*
*I was responsible for recording the internal and external financial transactions, reviewing the financial transactions, providing monthly reports to the main branch in Qatar* [illegible] to [illegible], [illegible] *about the Association's transactions with the office manager: Juda*

[signature] [signature] [Hebrew text]

[Handwritten text is indicated in italics]
[Hebrew text]
[Bilingual section: Hebrew-Arabic]

Notice – Contd.: Notice No.: *1* Page No.: *2*

| ID number | First name | Last name | Name in English letters | |
|---|---|---|---|---|
| Previous name | Marital status ( ) Married ( ) Single ( ) Divorced ( ) Widowed | | Sex | Religion |
| Date of birth | Place of birth | Home telephone | Work telephone | |
| Residential address | | Name and address of place of employment | | |
| Cellphone No. | Father's name | Parents' address | | |

Interrogator

Date ______ Time ______ Location ______ ID No. ______ Rank ______ First name ______ Last name ______

*Dib Al-Jamal. He is about 25 years old, they call him Abu Bittar, and he is a resident of Beit Hanina.*
*Question: Who works with you at the Association?*
*Answer:* [deletion] *(1) Najwan Awda. She is 32 years old, single, and a resident of Ramallah. She is in charge of administrative and logistical affairs and is responsible for procurement.*
*(2) Mohammed Hassan Ali Rumeil. He is 42 years old and a resident of Beitunia. He is married, they call him Abu Maan, and he is the sponsorships supervisor at the Association.*
*(3) Wessam* [illegible] *Abu Khalil. He is about 25 years old, single, and a resident of Beitunia. He is responsible for overseeing sponsorships.*
*(4) Doua Zimar. She is 24 years old, single, a resident of Nablus, and a secretary.*
*(5) Enaam* [illegible]. *She is 30 years old, a resident of Ramallah, married, and responsible for overseeing sponsorships.*
*(6) Dawlat Othman. She is about 53 years old, a resident of Ramallah, and she cleans the office.*
*(7) Huthaifa Saeed* [illegible]. *He is* [illegible] *years old,* [illegible], *married. They call him Abu* [illegible]. *He is a resident of Ramallah, and his job is manager of the education project.*
~~*( )*~~
*(8) Reem Farah. She is 24 years old, single, and a resident of Beitounia. She works in the education project.*
*(9) Khalil Al-*[illegible]. *He is about 28 years old, a resident of Beit Hanina, single, and his job is to record the accounts for the education project and send the reports to the* [deletion] *Qatar Foundation for Education.*
*Question: What is the difference between the Qatar Association and the Qatar Foundation?*
*Answer: The difference is that the Qatar Foundation is affiliated with* [illegible] *and is an association in education as a priority. As for the Qatar Association, it is a quasi-governmental Qatari association that focuses on the social aspect as a priority and the education project that I mentioned is a joint project with the Qatar Foundation.*
*Question: Tell me about the Qatar Association's activity in Ramallah.*
*Answer: The Association has 2-3 activities and they are:*
*(1) The activity of sponsorships, which support* [deletion] *needy families, orphans, the student category, and teachers.*
*(2) Assistance in small projects, such as raising sheep.*

[Hebrew text] [signature] [signature] [Hebrew text]

(9 08)

1900x50x2

[Handwritten text is indicated in italics]
[Page 3 is missing]

[Hebrew text]

[Bilingual section: Hebrew-Arabic]

Notice – Contd.: Notice No.: *1* Page No.: *4*

| ID number | First name | Last name | Name in English letters | |
|---|---|---|---|---|
| Previous name | Marital status ( ) Married ( ) Single ( ) Divorced ( ) Widowed | | Sex | Religion |
| Date of birth | Place of birth | Home telephone | Work telephone | |
| Residential address | | Name and address of place of employment | | |
| Cellphone No. | Father's name | Parents' address | | |

Interrogator

Date ______ Time ______ Location ______ ID No. ______ Rank ______ First name ______ Last name ______

*special from Qatar. This occurs through* [illegible] *or the* [illegible] *center or through the* [illegible] *located at Al-Rayyan Bank in Doha. They are transferred to the* [illegible] *Bank and the* [illegible] *Bank, and from there to Bank of Palestine in Ramallah to Account No. 1213982 at the Ramallah Bank Branch. They are then converted from euros to dollars. These transactions are only executed inside Bank of Palestine, and this is the policy of the Qatar Association at all of its branches licensed throughout the world.*

*Question: Tell me about the Qatar Association's office in Gaza.*

*Answer: I* [illegible] *work in Ramallah. The office was in charge of the Gaza office based upon agreements with the Authority. We were responsible for managing the office.* [illegible] [deletion] [illegible] [illegible] *branch in the West Bank* [illegible] [deletion] [illegible] *follow up on management to manage the West Bank office, and this was according to what was agreed upon* [illegible] *the Authority that the Association* [illegible] *with the Palestinian Authority* [illegible] *the financial transfers by the main assistance committee to the National Authority* [illegible] *review them and not object to having the transfer process proceed. Each project receives transfers through the Qatar Association in the West Bank after obtaining the necessary approvals from the Supervisory Committee.*

*Abdul Razzak Al-*[illegible]*. He is about 49 years old, is married, and they call him Abul Majd. He is a resident of Gaza and was responsible for the Association's* [illegible] *Juda Al-Jamal was a manager at the Association in Ramallah.* [deletion] *He managed* [illegible] *the Association in Gaza. In the West Bank it was Ramadan* [illegible]*. He is about 40 years old Beit* [illegible]. [deletion] [illegible] *finance director in the West Bank and Gaza. He is responsible for all projects and he* [illegible] [illegible]*. Najwan Awda, whom I mentioned, was in charge of administrative and* [deletion] *logistical affairs in the West Bank and Gaza* [illegible] *Qatar by the name of Abu Haloub Mosque and* [illegible] *there is currently an administrative separation* [deletion]*, and the Gaza Branch operates on its own.*

[Hebrew text] [signature] [signature] [Hebrew text]

[Hebrew text]

[Bilingual section: Hebrew-Arabic]

Notice – Contd.: Notice No.: *1* Page No.: *5*

| ID number | First name *Fadi* | Last name *Manassra* | Name in English letters | |
|---|---|---|---|---|
| Previous name | Marital status ( ) Married ( ) Single ( ) Divorced ( ) Widowed | | Sex | Religion |
| Date of birth | Place of birth *Continued* | Home telephone | Work telephone | |
| Residential address | | Name and address of place of employment | | |
| Cellphone No. | Father's name | Parents' address | | |

*9/9/15* ____ ____ Interrogator ____ ____

Date Time Location ID No. Rank First name Last name

*Question: Who works at the Qatar Association in Gaza today?*

*Answer: (1) Wael Al-Bana. He is* [illegible] *years old, is married, they call him Abu Nasser, he resides in Gaza, and works* [deletion] *as an accountant.*

*(2)* [illegible] [deletion]. *He is a resident of Gaza and works as a construction engineer.*

*(3) Muntasir Abu* [illegible]. *I do not know him personally. He works as* [illegible] *of the sponsorships.*

*(4)* [illegible]. *He is 26 years old, is a resident of Gaza, and works as a secretary.*

[deletion] *Mohammed Abu Haloub. He is 44 years old, is a resident of Gaza, and is the* [illegible] *manager.*

*(5) Emad Rostom. He is a resident of Gaza and works in sponsorships.*

*The Qatar Association's album in Gaza is to help orphans, supply fuel and health equipment to hospitals, as well as build and maintain schools. Today, there is no connection between the Qatar Association in the West Bank and the Qatar Association in Gaza.* [illegible] *2015, the Association was participating in a project to distribute meat boxes that had arrived from abroad. The person responsible for this project was Juda Jamal. The meat* [deletion] *had to be distributed as soon as it arrives to the* [illegible] *categories. It was* [illegible] *from the Israeli side and* [illegible] *to Jordan* [illegible] *with the Lozan* [phonetic] *shipping company* [deletion] *to transfer the goods to the Hashemite Kingdom of Jordan so as to be delivered to the* [illegible] *charitable association licensed by the state.*

*Question: Do you have anything to add?*

*Answer: No.*

*This is my statement that I read and upon which I affixed my signature. 14:14*

[signature] [signature]

[Hebrew text]

[Handwritten text is indicated in italics]
[Arabic text] [all checkmarks are handwritten]

**Israel Defense Forces**

**At the Military Court** **Military Court Case: /15**
**J U D E A** **Claim file: 3124/15**
**Before the jury** **Event details file: 425869/15 (PT)**

**In the trial between the military plaintiff – the accuser**

**-vs-**

**Fadi Bahjat Abd el-Fateh Manassra**
ID 914129002, born 11/10/1982, resident of Ramallah
Arrested on 7/9/2015

**Defendant**

# Indictment – Amended

**The aforementioned Defendant is hereby charged with committing the following crimes:**

**Details of the first charge:**

**Nature of the offense:** Membership and activity in an illegal association, an offense under Regulations 85(1)(a) of the Defense (Emergency) Regulations, 1945.

**Details of the offense:** The Defendant, in the Area, **from 21/12/2009 until the day of his arrest** or during the period around that time, was a member or acted as a member of an illegal association, namely:

✓ 1. On the aforesaid date, in Ramallah or a nearby place, the accused was a member in the Charitable Qatar Society in Doha (hereinafter: "**the Main Association**"), which is an illegal association.

✓ 2. As of March 2010 the Defendant served as an accountant in the Charitable Qatar Society in Ramallah (hereinafter: "**Ramallah Association**"). As part of his role, he was responsible for recording the movements of funds transferred to and from the organization, as well as compiling reports for the Main Association.

✓ 3. Juda Dib Ibrahim Jamal (hereinafter: "**Juda**") served as the director of the Charitable Qatar Society in Ramallah, whose subordinates were the Defendant and Najwan Mohammed Iman Hassan Awda (hereinafter: "**Najwan**"), responsible for the logistics field in the organization.

✓ 4. During the aforementioned period, the Main Association transferred NIS 12,000,0000 to the Ramallah Association for the benefit of various activities of the organization.

✓ 5. The funds were transferred from the Main Association to the Al Rayan Bank in Doha. From there, the money in euros was transferred to the Deutsche Bank in Germany and the money in dollars was transferred to the New York Bank. Subsequently, all the funds were transferred to the Bank of Palestine or the Islamic Bank in Ramallah and deposited in the bank account of the Ramallah Association.

✓ 6. All the funds were transferred with the approval of Juda and under the supervision of the Defendant.

✓ 7. From 2011 to 2013, the Defendant also served as an accountant for the Charitable Qatar Society in Gaza, during which time a sum of money in the amount of $ 25,000,000 was transferred from the Main Association to its branch in Gaza.

✓ 8. The Defendant also transferred funds from the Ramallah Association to illegal associations such as the Al-Ihsan Charity Association and Islamic Charity Society affiliated with Hamas by transferring about $ 75,000 to each of them.

By acting as aforementioned, the Defendant was a member and activist of the Charitable Qatar Society in Ramallah, which is an illegal association.

**Details of the first charge:**

**Nature of the offense:** Holding a position in an illegal association, an offense under Regulation 85 (1) (b) of the Defense (Emergency) Regulations, 1945.

**Details of the offense:** **From 21/12/2009 until the day of his arrest** or around that time, the Defendant managed or assisted in the management of an illegal association, or served in any position or role which is in an illegal association or under its authority, namely:

✓

[Handwritten text is indicated in italics]

 During the aforesaid period, while acting as detailed in the previous charge, the Defendant served as an accountant in the Charitable Qatar Society in Ramallah, which is an illegal association.

**Details of the third charge:**

**Nature of the offense:** Introduction of enemy money into the Area, an offense under Sections 3 and 7 of the Order Concerning the Transfer of Money into the Area (Judea and Samaria) (No. 973), 5742-1982.

**Details of the offense:** **From 21/12/2009 until the day of his arrest** or around that time, in Ramallah or around that area, the Defendant received enemy money outside the Area or brought enemy money into the Area, whether he received it himself or through another party, whether he brought in himself or through another party, and without a permit and in violation of the said Order, namely:

✓ At the time and place mentioned above, while acting as detailed in the previous charge, the Defendant brought in enemy money in the amount of NIS 12,000,000 from Qatar to the Area, without a permit and illegally.

**Details of the fourth charge:**

**Nature of the offense:** **Possession of property of an illegal association**, an offense under sections 85(f) of the Defense (Emergency) Regulations, 1945 and 199C(a) of the Order regarding Security Provisions [Consolidated Version] (Judea and Samaria) (No. 1651), 5770-2009.

**Details of the offense:** From 21/12/2009 until the day of his arrest or around that time, in the Area, the Defendant held in his possession, under his guard or control, any property belonging to an illegal association, or relating to it or provided by it, for its benefit, or designated to belong to the illegal association, namely:

✓ During the aforesaid period, in or near Ramallah, i while acting as detailed in the previous charge, the Defendant received and held money in the amount of $ 28,081,664 on behalf of the Charitable Qatar Society in Doha, which is an illegal association.

**Details of the fifth charge:**

**Nature of the offense:** Performing a service for an illegal association, an offense under Regulations 84 + 85(1)(c) of the Defense (Emergency) Regulations, 1945.

**Details of the offense:** The aforesaid Defendant, in Ramallah or a nearby place, at a time unknown to the Plaintiff, carried out any work or performed any service for an illegal association, namely:

✓

1. At the time and place referred to in the aforesaid, by acting as specified in Section 8 of the first charge, the Defendant performed a service for the Al-Ihsan Charity Association, which is an illegal association, by transferring $ 75,000 to it.
2. By acting as described above, **the Defendant** performed a service for an illegal association.

**Details of the sixth charge:**

**Nature of the offense:** Performing a service for an illegal association, an offense under Regulations 84 + 85(1)(c) of the Defense (Emergency, 1945) Regulations.

**Details of the offense:** The aforesaid Defendant, in Ramallah or a nearby place, at a time unknown to the Plaintiff, carried out any work or performed any service for an illegal association, namely

✓

1. At the time and place referred to in the aforesaid, by acting as specified in Section 8 of the first charge, the Defendant performed a service for the Islamic Charity Association, which is an illegal association, by transferring $ 75,000 to it.
2. By acting as described above, **the Defendant** performed a service for an illegal association.

[Handwritten text is indicated in italics]

**Indictment witnesses:**

1. Sgt. Radi Khatib, P.N. 1165588, Petah Tikva (collector of the Defendant's statements on 21/0/2015, 17/9/2015)
2. Sgt. Jissan Bibar, P.N. 1238039, Petah Tikva (collector of the Defendant's statements dated 9/9/2015)
3. Rotem Sari, IDF (details in the lawsuit)
4. Juda Dib Ibrahim Jamal, ID no. 086096195
5. Najwan Mohammed Iman Hassan Awda, ID no. 911606184
6. Muhammad Taysir Katzrawi, ID no. 907628101
7. Exhibits (computer outputs)

[signature]
**Almaz Eyasu, Captain**
**Military Plaintiff**

[Handwritten text is indicated in italics]

**Israel Defense Forces**
[emblem]

**Judea Military Court** **File no.: 6011/15**

**Before the honorable Chief of the Court: Lieutenant Colonel Zvi Heilbronn**
**Before the honorable Judge: Major Eti Adar**
**Before the honorable Judge: Major Haim Balilti**

**Military Prosecution**
(represented by Captain Almaz Eyasu)
**vs**
**Defendant: Juda Dib Ibrahim Jamal , 86096195 / Israel Prison Service - present**
(represented by Atty. Ahmad Safiya – present)
**Shift manager: Sgt. Shir Amsalem**
**Interpreter: Sgt. Major Naaf Wahabi**

Hearing date: 13/02/17

## COURT PROCEEDINGS

**The court identifies the Defendant.**
**The Defendant declares that he is represented by Adv. Ahmad Safiya.**

**Parties: In accordance with the request submitted by us to the court, we would like to hear in today's hearing instead of the continuation of the testimony of Fadi Manassra the testimony of Sgt. Jissan Bibar.**
Military Plaintiff: As for the defense's request in the previous hearing, the defense did not specify enough which documents they are exactly requesting. It is not clear which factor is involved and what documents they exactly want to see. All evidence was transferred to the defense for their perusal and photographing.
**Indictment witness no. 4 (no. 3 in the list of witnesses) - Sgt. Jissan Bibar.**
**The witness is warned to tell the truth, otherwise he will be subject to the penalties provided by law.**
Defense attorney: We agree to the submission of the statement collected by the witness after a preliminary investigation and subject to cross-examination. We have no allegations regarding the collection of the statement freely and voluntarily.

**Primary Investigation**

Q: I am showing you the statement you collected from the Defendant on 13/09/15. Who collected the statement?
A: I did.
Q: Tell us about your command of the Arabic language.
A: Arabic is my mother tongue.
Q: Can you explain to the court how you knew what suspicions to attribute to the Defendant?
A: According to each interrogation, I receive material from my team in advance, which is ISA material, according to which my suspicions regarding the suspect arose.

[Handwritten text is indicated in italics]

**Israel Defense Forces**

[emblem]

**Judea Military Court** **File no.: 6011/15**

**Before the honorable Chief of the Court: Lieutenant Colonel Zvi Heilbronn**
**Before the honorable Judge: Major Eti Adar**
**Before the honorable Judge: Major Haim Balilti**

**Military Prosecution**
(represented by First Lieutenant Ilay Neuman)
**vs**
**Defendant: Juda Dib Ibrahim Jamal , 86096195 / Israel Prison Service - present**
(represented by Atty. Mahajna Raslan – present)
**Shift manager: Tal Gadliahu**
**Interpreter: Sgt. Major Naaf Wahabi**

Hearing date: 02/01/17

## COURT PROCEEDINGS

**The court identifies the Defendant.**
**The Defendant declares that he is represented by Adv. Mahajna Raslan.**
**Indictment witness no. 1 (no. 2 in the list of witnesses) - Sgt. Radi Khatib.**
**The witness is warned to tell the truth, otherwise he will be subject to the penalties provided by law.**

### Primary Investigation

Q: Please tell us about your role and experience.
A: Investigator in the Israel Police for over 9 years. All this time I was an investigator.
Q: What is your level of command of the Arabic language and in what language was the investigation conducted?
A: Arabic is my mother tongue, the investigations are conducted in Arabic.
Q: I present to you the statement made on 21/09/15 at 14:27, can you please say who collected it.
A: I collected it. The details are listed in the body of the statement. The translation was done by me with my own handwriting.
Q: Whose signatures are in the body of the statement?
A: The signatures of the interrogated.
Defense attorney: There is no dispute that the statement was collected freely and voluntarily.
Q: When you suspected the interrogated, you suspected him, among other things, of activity in an illegal association, what was the intention?
Military plaintiff: I do not support the question at this stage.
Q: I present to you a collection of documents dated 21/09/15. Can you please expand on this to the court.
A: As it is written in the body of the statement, these documents were presented to the suspect and I asked him to address them.
Defense attorney: I have no objection to the submission of the documents.
Q: What were your suspicions based on? What material was in your possession?
A: This was the third investigation, as was stated in the body of the statement. After the later investigations that transpired, I went back over those suspicions.
Q: Why did you specifically suspect him with these suspicions? What was basis was there for the things?
A: Like I said before, there were two previous investigations. This is a follow-up investigation. If there was an additional suspicion, I would need to investigate him, I would write it down.
Q: The fourth suspicion is not specifically spelled out. What did you mean? Can you tell the court what was the basis for the suspicion?

A: This was the third investigation; I don't really remember what happened.
Q: Suspicions 2-3 spell out a suspicion of acting for Hamas. The fourth suspicion talks about an illegal association. Which association was the subject at hand?
A: I don't remember. I can say that at the time, the investigation was into Qatar Al-Khiria (Qatar Charity).
Q: What do you know about that association?
A: I'm not familiar with it.

Military prosecutor: No more questions. I would like to submit the statement at the end of the cross examination.

**Cross examination**

Q: What is your part in this episode?
A: I am part of the investigation team. We have a team leader and we have an officer for the entire unit.
Q: Who is the officer?
A: It changed. At the time, it was Pinhas Ze'evi. The team leader was Fares.
Q: When you approach someone being investigated, by law you are to warn him and this warning needs to be clear, in order to clearly and specifically cast aspersions before the suspect. You cast before him an aspersion of being a member of Hamas, and I don't see a question regarding a type of membership and activities with Hamas in the investigation.
A: I don't remember what was. This was the third investigation. I wrote that the investigation followed-up on previous testimonies, I really don't remember what was previously.
Q: So the material you had before you in order to investigate him was his two previous statements?
A: Yes
Q: This is what you relied upon when you cast the aspersion before him, a suspicion that he was a member of an active in the Hamas organization?
A: This was following previous investigations.
Q: There was no additional previous material beyond such?
A: I don't remember.
Q: I repeat the question.
A: I really don't remember. I wasn't responsible for the entire investigation. I receive a mission from the team leader to investigate and I do it.
Q: If I ask you about additional activities, can you answer?
A: Like I explained, I'm part of a team and not responsible for the entire investigation. I am not the address [for this].
Q: Other than membership and activities in a hostile organization, you also cast the aspersion of him providing services to the Hamas organization. In this section, as an investigator, what did you rely upon?
A: Like I said, this was the third investigation following previous investigations. I don't remember what as.
Q: He wasn't asked about this in the body of the investigation, so why did you cast the aspersion of such in the headline?
A: I copied the suspicions from previous investigations.
Q: So why didn't you let him response to these accusations?
A: I don't remember. I said to him, "Do you have anything else to add"; he could have answered.
Q: You remember that you investigated him, right?
A: I can attest based on what is written down. I don't remember the occasion of the investigation, but if there was something special, I would have stated this in the body of the statement and [unknown term] and passed it to the team leader.
Q: You investigated him for his activities in an illegal organization, Qatar Al-Khiria. Did you present the person being investigated [with the fact] that this association was declared illegal?
A: No.
Q: Do you have the declaration here?
A: To the best of my knowledge, it was in the file.
Q: The suspect told you the worked at the association but was not a member of it, he only served as a supervisor over the office in Ramallah. Did you check the records [to see] that he was not a member of the association and only served as a clerk or supervisor over the office in Ramallah?
A: There was a large investigation. I don't remember if this was checked.
Q: Who can give answers about this?
A: I have a team leader and it is possible to ask him.
Q: In previous investigations, the suspect told you that this association was legally registered with the Palestinian Authority and they were in full coordination with the Palestinian financial authority. Did you check this?
A: I don't remember having checked. I don't remember the previous investigations. I didn't check.
Q: Based on what you are alleging, the association was declared illegal in 2008, and that the accused started working as a clerk at that organization in March 2011. From 2008-2011, you knew that the association was prospering and publicly spreading its activities. Did you, as the police, act against the law?
Military prosecutor: I oppose the question.

A: I am just an investigator. I received I task and I did it. I don't what was done in the years you're talking about.
Q: In Section 6, you asked the accused, following previous testimonies, which associations that you passed through in the West Bank or inside the Green Line. The Accused told you that the Qatar Al-Khiria association works with an association known by the An-Nur Association that is headed by Ahmad Tibi and that project of food for those fasting was done with this association. You acted against the An-Nur Association who operated together with the prohibited association? Do you know about anything being done against its supervisor, like MK Ahmad Tibi?
A: I don't know.
Q: Did you check to see if this association was registered in the Registrar of Associations in Israel and that it is operational, like I checked?
A: I didn't check, I don't know if someone else checked.
Q: There is another association that the accused referred to in the investigation that is called Dar At-Tafal Al-Arabi. Have you heard of this association?
A: No.
Q: You didn't check exactly what this association engages in?
A: No.
Q: You don't know that it is registered with the Registrar of Associations in Israel?
A: No.
Q: And that it has branches all over Israel, that it has preschools? And that a lot of people are in in contract with the association on an everyday basis?
A: I don't know.
Q: As an investigator, you have all these details and people receive amounts of cash from this association and you didn't do anything about this?
A: I didn't see money being recorded there.
Q: I mean the daily activities that the association engages in, as the suspect stated.
A: I didn't check this. I collected the suspect's response.
Q: If I direct you to all the names stated by the suspect in the statement with regard to your checking into them, your answer would be the same answer?
A: Yes.
Q: So you just collect testimony. You don't know anything outside this?
A: I collected his statement and I don't remember checking the associations you're talking about, as well as the names mentioned.
Q: Do you remember anyone else on the team doing these checks?
A: No. I did not follow up on the investigation.
Q: In connection to the Qatar Al-Khiria association, which you investigated the accused about for his activities at the association, you know that this association was declared an illegal association?
A: Like I said, we had a document on file.
Q: Did you show this document to the suspect during the investigation?
A: I don't remember, this was the third investigation.
Q: In previous investigations, the suspect provided the name of the Ramallah branch manager as being Ramadan Aasi who he replaced and was his predecessor in the role, was he investigated or detained?
A: I don't remember and don't know.

Defense: No more questions.

**Re-examination**

Q: How many times did you investigate, from that investigation?
A: I don't remember the number, but it was quite a lot.
Q: What is the chance that you will remember all the details that you were asked about?
A: A very low chance.
Q: With regard to all the checking that my colleague mentioned regarding the matters disclosed during the investigation, can you please clarify what your role was in this context?
A: Like I said, I was part of the investigation team. I had a team leader who I receive tasks from and I am not solely responsible for the investigation.
Q: What was your task?
A: I was asked to collect the suspect's statement and that is what I did.
Q: What did you do with the investigation afterward?
A: I filed it away in the file.
Q: Did you transfer it to someone?
A: I don't remember

Military prosecutor: No more questions. I would like to submit the statement.

**Statement that the witness answered on September 21, 2015, at 2:27 PM together with the documents attached to it, were received and labeled T/1.**

Defense: I would like to state that today we were supposed to hear from another two investigators who were not summoned due to a mishap .

Military prosecutor: The subject is a mishap by the court secretariat. We will send a notice as soon as possible with regard to how the exhibits are to be submitted.

**Ruling**

First of all, it should be said that December 28, 2016, the prosecution submitted a claim to change the identity of the witnesses to be heard on this date.

The file is already scheduled to hear additional evidence on January 9, 2017, at 9:30 AM.

The secretariat will make sure that prosecution witnesses 1-2 are subpoenaed. At this stage, we have yet to receive the prosecution's notice regarding how the exhibits are to be submitted, we will make suffice with summoning these prosecution witnesses.

The file is scheduled for hearing the defense's version on February 13, 2017, at 9:30 AM.

**Given and announced today, January 2, 2017, in public and in the presence of the parties.**

[Signature] [Signature] [Signature]
Judge Court chairman Judge



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s): doc01215320220306121717

Source Language(s): Hebrew

Target Language(s): English

*Authorized Signature:*

*Name:* *Shayna Himelfarb*

*Title:* *Project Assistant*

*Date:* *April 13, 2022*

*Signature, Notary Public:*

*Stamp: Notary Public*

Reason for signature: I approve the accuracy of this document content as written

© 2022 TransPerfect Translations International, Inc. (TransPerfect).





משטרת  ישראל

גיליון מס' 1

# תרגום עדות חשוד

**הודעה מס':1**

اعلان رقم:

| מס' זהות/ رقم الهوية | שם פרטי/ الاسم الشخصي | שם משפחה/ اسم العائلة | | שם באותיות לטיניות |
|---|---|---|---|---|
| 914129002 | פאדי | מנאצרה | | |
| שם קודם/اسم سابق | שם כינוי/لقب | מצב משפחתי/ لحالةالإجتماعية | מין/ الجنس | דת/ الدين |
| | | נשוי | זכר | מוסלמי |
| תאריך לידה/ تاريخ الولادة | מקום לידה/ مكان الولادة | טל. בבית / تلفون البيت | | פלאפון/ لا سلكي |
| 11/10/82 | | | | 0569964777 |
| מען מגורים/ العنوان | שם האב/ اسم الأب | שם סב/ اسم الجد | | שם האם/ اسم الأم |
| ביתוניא- ראמאללה | בהג'ת | ע"א פתאח | | |
| שם ומען מקום העבודה/ اسم وعنوان مكان العمل | מקצוע/ المهنة | | | טלפונים נוספים/ تلفون اضافي اخر |
| | | | | |

| תאריך | שעה | מקום | מס' אישי | דרגה | שם פרטי | שם משפחה |
|---|---|---|---|---|---|---|
| 09/09/15 | 15:10 | קישון | 1238039 | רס"ר | גסאן | ביבאר |

**ראית את הנ"ל בפני ואמרתי לו אני חוקר משטרה ושמי גסאן ברצוני לחקור אותך תחת אזהרה כחשוד ב:**

**1. השתייכות, פעילות ומתן שירות לארגון עוין.**

**אין אתה חייב לומר דבר, וכל שתאמר יירשם ועשוי לשמש ראיה נגדך בבימ"ש, הימנעותך מלהשיב לשאלות עשויה לחזק את הראיות נגדך. וזכותך להיוועץ עם עו"ד.**

**לאחר שקראתי בפני הנ"ל את הכתוב לעיל, הוא אישר בחתימתו כי הבין את החשד נגדו ואת תוכן האזהרה.**

**חתימת החשוד: חתום במקום** **חתימת החוקר: חתום במקום**

ש: האם הבנת את החשדות נגדך ותוכן האזהרה וזכותך להיוועץ עם עו"ד ?
ת: כן הבנתי.
ש: מה שלומך היום?
ת: בסדר.
ש: מסור לי את פרטיך המלאים ?
ת: שמי פאדי בהג'ת ע"א פתאח מנאצרה בן 32 תושב ביתוניא ראמאללה, עובד בג'מעיה קטר אלח'יריה, אבי מכנים אות באבו פאדי, אמי שמה ריא יש לי שני אחים שמותיהם מחמד וע"א עזיז ויש 5 אחיות, אני נשוי ואשתי שמה הדיל חאתם ויש לי שני ילדים, למדתי ראיית חשבון באוני' פילדלפיה בירדן.
ש: ספר לי על עבודתך בג'מעיה קטר אלח'יריה?
ת: אני התחלתי לעבוד לחברת מיסרה למוצרי מזון בקטר בתור רואה חשבון התחלתי עבודה בשנת 2007 עד שנת 2009 ובתקופה הזאת הכרתי בחור בשם ואאל שעבאן עובד כי

חתימת הנחקר: חתום במקום חתימת החוקר: חתום במקום

מנהל הכספים בג'מעיה והוא הציע לי לבוא ולהיות רואה חשבון במשרד ג'מעיה קטר בראמאללה.

אני התחלתי לעבוד בג'מעיה בחודש 2 שנת 2010 כי רואה חשבון ,הייתי אחראי על רישום התנועות של הכסף הנכנס והיוצא , לפקח על הדוחות ושליחתה לסניף הראשי בקטר ואני חותם על הציקים של הג'מעיה בנוכחות המנהל ג'ודה דיב אלג'מל בערך בן 50 מכנים אותו באבו בשאר תושב בית חנינא .

ש : מי עובד אתך בג'מעיה?

ת : 1. נג'וואן עודה בת 32 , רווקה תושבת ראמאללה אחראית על הלוגיסטיקה ועל הרכוש.

2. מחמד חסן עלי רחיל בן 42 , תושב ביתוניא , נשוי מכנים אותו באבו מען והוא משגיע ערבויות בג'מעיה.

3. וסאם אדיב אבו חיליל בן 26 , רווק , תושב ביתוניא והוא חראי על השגחת הערבויות.

4. דועאא זמאר בת 24 , רווקה תושבת נאבלס והיא מזכריה של המשרד.

5. אנעאם אבו קרן בת 35, תושבת ראמאללה נשואה אחראית על השגחת הערבויות.

6. דוולת עת'מאן בערך בת 53, תושבת ראמאללה , המנקה של המשרד.

7. חד'יפה סעיד ג'לאמנה בערך בשנות ה ארבעים , נשוי מכנים אותו באבו שריף תושב ראמאללה והוא מנהל פרויקט הלימודים.

8. רים שרחה בת 24 ,רווקה , תושבת ביתוניא היא המתאמת בפרויקט הלימודים.

9. חיליל אללבדי בערך בן 28 תושב בית חנינא , רווק תפקידו לרשום את החשבון של פרויקט הלימודים ולשלוח דוח מואססת קטר הלימודית.

ש : מה ההבדל בין ג'מעיה קטר ומואססת קטר?

ת : ההבדל הוא שמואססת קטר אחראית על הלימודים אך ג'מעית קטר היא ג'מעיה ממשלתית ועוסקת בבעיות החברה , ופרויקט הלימודים שהזכרתי אותו הוא פרויקט משותף עם מואססת קטר.

ש : ספר לי על הפעילות של ג'מעיה קטר בראמאללה?

ת : לג'מעיה יש הרבה פעילות והיא :

1 . הערבויות, שהיא תומכת במשפחות הנזקקות, היתומים, סטודנטים והמורים.

2. תמיכה בפרויקטים קטנים כמו לגדל כבשים וכו'.

3. פרויקטים עונתיים כמו חלוקת ארוחות חג ברמצ'אן למשפחות הנזקקות.

ש : ספר לי על פרויקט היתומים בג'מעיה?

ת : כיום יש בערך 4500 יתום בגדה , התנאים לרישום הם שאותו ילד עד גיל 10 ואבא שלו נפטר , ואנחנו עוזרים לו עד גיל 18.

כל ילד מגיע עם אפוטרופוס עם כל המסמכים כמו תעודת פטירה של האבא , תעודת לידה של הילד ועם , אנחנו שולחים את הטפסים לקטר, והמקרה ויש לו ערב הג'מעיה בקטר יוצרת קשר אתנו ומדוותות לנו , הג'מעיה בקטר נותר לערב את כל הפרטים על הילד כתובת מגורים ומספרי טלפון והג'מעיה בקטר אחראית על העברת הכסף לג'מעיה בראמאללה ,

חתימת הנחקר : חתום במקור　　חתימת החוקר : חתום במקור

הכסף מועבר דרך העברה בנקאית כל שלושה חודשים , מועבר לכל יתום בין 300-600 שיקל בממוצע .

אנחנו עובדים עם בנק פלסטין יש בנינו הסכם על הוצאת כרטיסים "סנאבל" למשתתפים בתכנית הערבויות , כרטיסים אלה שמוציא אותה בנק פלסטין אנחנו מוסרים אותה אחראי של היתום ו"הסנאבל" האלה שימושית בכל כספומט של בנק פלסטין ויכולה להיות כמו ויזה.

וברצוני להוסיף עוד משהו אנחנו עובדים עם עמותת הזוכא המאושרת ע"י הרשות הפלסטינאית ועוזרים לנו בחלוקת הכרטיסים .

ובמקרה והערב רוצה את פרטי העברת הכספים ומספרי טלפון של היתום יש נותנים לו , וכל שלושה חודשים הג'מעיה בקשר מעבירה בערך מיליון דולר.

ש : ספר לי על חלוקת מוצרי המזון בחגים?

ת : אנחנו מחלקים מוצרי מזון בחגים כמו ארוחת הבוקר של בצמים בחודש רמצ'אן וחלוקת הבשר בחג הקורבן , פרויקט זה עולה לנו כל שנה 140 אלף דולר. הכסף הזה נאסף מחברות גדולות ומאנשים פרטיים מקטר והדבר הזה נעשה ע"י האינטרנט או במרכז טלפוני או כל דרך אחרת.

הכסף נמצא בבנק אלריאן בדוחא ומעבירים אותה לבנק דוטש בגרמניה ומשם מועבר לבנק פלסטין בראמאללה למספר חשבון 1213 , ובסניף בנק ראמאללה מחליפים את השטר מיורו לדולר והפעולה הזאת נעשית אך ורק בתוך הבנק פלסטין וזו המדיניות של ג'מעיה קטר בכל הסניפים ברחבי העולם .

ש : ספר לי על ג'מעיה קטר בעזה?

ת:שהתחלתי לעבוד בראמאללה המשרד היה אחראי על המשרד בעזה בהסכמה של הרשות הפלסטינית והיינו אחראים על התנהלות המשרד וכל דבר קורה במשרד בעזה . וכל הפעילות מתנהלת במשרד בגדה וזה עם ההסכמה של הרשות הפלסטינית וכמובן כל העברת הכספים דרך המשרד בגדה לאחר כל האישורים של הרשות .

ע"א רזאק אלג'רבאוי בערך בן 49 , נשוי מכנים אותו באבו מג'ד תושב עזה . הוא היה אחראי על הג'מעיה בעזה עד שנת 2010 ולאחר מכן ג'ודה אלג'מל קיבל את הניהול גם בעזה וגם בגדה ובאותה תקופה בשנת 2011 בחור בשם רמצ'אן עאצי בערך בן 40 תושב בית לקיא מונה כי מנהל החשבונות בגדה ובעזה והוא היה אחראי על כל הפרויקטים והוא היה מאשר אותם. ונג'וואן שהזכרתי אותה הייתה אחראים על העניינים המנהליים בגדה ובעזה , ובשנת 2013 מינו מנהל מקטר בשם מחמד אבו חלוב ומאותו רגע פצלו את המשרדים והמשרד בעזה התחיל להתנהל לבד.

ש : מי היום עוד בג'מעיה קטר בעזה?

ת : 1. ואאל אלבנא בן 31 , נשוי מכנים אותו באבו נאצר תושב עזה, רואה חשבון.

2. עטאא קאסם תושב עזה , מהנדס בניין.

3. מנתצר אבו שמאלה לא מכיר אותו , משגיח על הערבויות.

4. חנאן אבו רמימה בת 26 תושבת עזה, מזכירה.

חתימת הנחקר: חתום במקור

חתימת החוקר : חתום במקור

5. מחמד אבו חלוב ,בן 44 תושב עזה , מנהל המשרד.

6. עמא רסתם תושב עזה , משגיח ערבויות.

כיום ג'מעיה קטר בעזה עוסקת ב עזרת היתומים, לספק דלק וציוד רפואי לבתי החולים, בניה ושיפוץ בתי ספר, וכיום אין שום קשר בים ג'מעיה קטר בגדה וג'מעיה קטר בעזה. ובתחילת שנת 2015 הג'מעיה השתתפה בפרויקט חלוקה של קופסאות בשר שהגיעה מחוץ לארץ ומי שהיה אחראי על הפרויקט הזה הוא ג'ודה אלג'מל , הבשרים היו אמורים לחלק אותם ברגע הגעתם לנזקקים אך הישראלים לא הסכימו להכניסה והעברנו אותה לירדן, נג'וואן תיאמה עם חברת המשאיות לוזאן על מנת להעבירה ל ממלכת ירדן ההאשמיה "אלהיאה אלחיריה אלהאשמיה המאושרת ע"י המדינה.

ש: האם יש לך מה להוסיף?

ת: לא

**זאת הודעתי שקראתי והוקראה לי ומאשר אותה בחתימתי ומרצוני החופשי**

**חתום במקור** **חתום במקור**

**שעת סיום: 17:14**

**הודעתו של:** / اعلان تبع:

משטרת ישראל

הודעה מס' / اعلان رقم: 1

עמוד מס' / صفحة رقم: 1

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| 914129002 | [illegible] | [illegible] | |

| שם קודם/נוסף الاسم السابق, آخر | מצב משפחתי الحالة العائلية | מין الجنس | לאום الوطنية |
|---|---|---|---|
| | ☒ נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل | ذكر | [illegible] |

| תאריך לידה تاريخ الولادة | ארץ לידה بلد الولادة | טל' בבית التلفون في البيت | טל' בעבודה التلفون بمكان العمل |
|---|---|---|---|
| 11/6/82 | | | 0549461777 |

| כתובת מגורים عنوان السكن | שם ומען מקום העבודה مكان العمل وعنوانه |
|---|---|
| [illegible] - رام الله | |

| מס' טלפון נייד رقم النقال الهوائي | שם האב اسم الاب | כתובת ההורים عنوان الوالدين |
|---|---|---|
| | [illegible] | |

| תאריך التاريخ | שעה الساعة | מקום גביית העדות مكان اخذ الافادة | החוקר المحقق מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|
| 9/11/15 | 15:05 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

رأيت [illegible] وقلت له أنني [illegible]

[illegible]

(1) [illegible] واعطاء [illegible]

[illegible]

[illegible] الادلة [illegible]

[illegible] ان [illegible]

[illegible]

[illegible] 9/11 [illegible] 23:59

سؤال: هل [illegible] الشهود [illegible]

جواب: تم [illegible]

سؤال: أين [illegible] الآن؟

جواب: [illegible]

سؤال: [illegible] الكامل؟

جواب: [illegible] 32 عام [illegible] رام

الله [illegible]

[illegible]

[illegible]

[illegible] فلسطين و الأردن.

[illegible] قطر الخيرية؟

جواب: [illegible]

[illegible] 2009 [illegible] الوقت [illegible]

[illegible]

[illegible] رام الله.

[illegible] 2010 [illegible]

[illegible]

[illegible]

[illegible]

שעת סיום גביית ההודעה

משטרת ישראל

הודעתו של: / اعلان تبع:

הודעה מס' / اعلان رقم 1

עמוד מס' / صفحة رقم 2

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| | | | |

| שם קודם/נוסף الاسم السابق، آخر | מצב משפחתי الحالة العائلية: ☐ נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل | מין الجنس | לאום الوطنية |
|---|---|---|---|
| | | | |

| תאריך לידה تاريخ الولادة | ארץ לידה بلد الولادة | טל' בבית التلفون في البيت | טל' בעבודה التلفون بمكان العمل |
|---|---|---|---|
| | | | |

| כתובת מגורים عنوان السكن | שם ומען מקום העבודה مكان العمل وعنوانه |
|---|---|
| | |

| מס' טלפון נייד رقم النقال الهوائي | שם האב اسم الاب | כתובת ההורים عنوان الوالدين |
|---|---|---|
| | | |

| תאריך التاريخ | שעה الساعة | מקום גביית העדות مكان اخذ الافادة | החוקר המחקק: מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|
| | | | | | | |

لبيب [illegible] عمره حوالي ٥٠ بالتقريب [illegible] سكان بيت حنينا

[illegible] يشتغل [illegible]

[illegible] عمره حوالي ٣٤ [illegible] سكان رام الله [illegible]

[illegible] الادارية [illegible] الاسرى

② [illegible] عمره ٤٢ سكان [illegible] متزوج [illegible]

[illegible] كفالات [illegible]

③ [illegible] ابو خليل عمره حوالي ٢٦ [illegible] سكان بيتونيا وهو متزوج

[illegible] الكفالات

④ [illegible] العمر ٢٦ [illegible] سكان [illegible]

⑤ [illegible] عمره ٣٠ سكان رام الله [illegible] عن الاشراف

[illegible]

⑥ [illegible] عمره حوالي ٤٣ سكان رام الله [illegible] الملف

⑦ [illegible] سعيد [illegible] متزوج ٢٩ [illegible] ابو الشريف

سكان رام الله [illegible] التعليم

⑧ [illegible] عمره ٢٤ [illegible] سكان بيتونيا تعمل في [illegible] التعليم

⑨ [illegible] السيد عمره حوالي ٥٠ عام سكان بيت حنينا [illegible]

[illegible] التعليم [illegible]

[illegible] قطر [illegible]

[illegible] قطر [illegible]

[illegible] قطر [illegible]

[illegible] التعليم [illegible]

قطر

[illegible] قطر في رام الله [illegible]

[illegible]

① [illegible] العائلات [illegible]

والابناء [illegible]

[illegible]

שעת סיום גביית ההודעה

(9.08) 1900x50x2

טז-3007

**הודעתו של:** اعلان تبع:

**משטרת ישראל**

הודעה מס' 1 اعلان رقم

עמוד מס' 6 صفحة رقم

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| | | | |

| שם קודם/נוסף الاسم السابق, آخر | מצב משפחתי الحالة العائلية: ☐ נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل | מין الجنس | לאום الوطنية |
|---|---|---|---|
| | | | |

| תאריך לידה تاريخ الولادة | ארץ לידה بلد الولادة | טל' בבית التلفون في البيت | טל' בעבודה التلفون بمكان العمل |
|---|---|---|---|
| | | | |

| כתובת מגורים عنوان السكن | שם ומען מקום העבודה مكان العمل و عنوانه |
|---|---|
| | |

| מס' טלפון נייד رقم النقال الهوائي | שם האב اسم الاب | כתובת ההורים عنوان الوالدين |
|---|---|---|
| | | |

| תאריך التاريخ | שעה الساعة | מקום גביית העדות مكان اخذ الافادة | החוקר المحقق: מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|
| | | | | | | |

اذاً من خطط هذا [illegible] من الريف [illegible] او المركز [illegible]
او كان [illegible] في الريف [illegible]
[illegible] الاسلامي [illegible]
[illegible] 123 [illegible] رام الله [illegible]
[illegible] الدولار [illegible]
[illegible]
؟ [illegible] الهدف
[illegible] الجهد [illegible]
[illegible] في رام الله [illegible] مسؤول
[illegible] اتفاقات [illegible] السلطة وكنا [illegible]
[illegible]
[illegible] الضفة [illegible]
[illegible] الاتفاق [illegible]
السلطة [illegible] السلطة الفلسطينية [illegible]
[illegible] الوطني [illegible]
[illegible] التصوير [illegible]
[illegible]
[illegible] الرئاسة
[illegible]
[illegible] المسؤول [illegible]
[illegible] رام الله [illegible]
[illegible]

שעת סיום גביית ההודעה

Case 1:21-cv-05716-AMD-VMS Document 68-2 Filed 05/17/22 Page 26 of 34 PageID #: 1512

**הודעתו של:**
اعلان تبع:

משטרת ישראל

הודעה מס' اعلان رقم: 1

עמוד מס' صفحة رقم: [illegible]

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| | [illegible] | [illegible] | |

| שם קודם/נוסף الاسم السابق, آخر | מצב משפחתי الحالة العائلية | | | | מין الجنس | לאום الوطنية |
|---|---|---|---|---|---|---|
| | ☐ נשוי متزوج | ☐ רווק اعزب | ☐ גרוש مطلق | ☐ אלמן ارمل | | |

| תאריך לידה تاريخ الولادة | ארץ לידה بلد الولادة | טל' בבית التلفون في البيت | טל' בעבודה التلفون بمكان العمل |
|---|---|---|---|
| | | | |

| כתובת מגורים عنوان السكن | שם ומען מקום העבודה مكان العمل وعنوانه |
|---|---|
| | |

| מס' טלפון נייד رقم النقال الهوائي | שם האב اسم الاب | כתובת ההורים عنوان الوالدين |
|---|---|---|
| | | |

| תאריך التاريخ | שעה الساعة | מקום גביית העדות مكان اخذ الافادة | החוקר המحقق: מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|
| 9/9/15 | | | | | | |

سؤال: [illegible] اليوم [illegible] [illegible] [illegible] [illegible]؟

جواب: (1) [illegible] [illegible] [illegible] [illegible] [illegible] ابنائهم [illegible] [illegible] [illegible]

[illegible] [illegible]

(2) [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] مهندس [illegible]

(3) [illegible] [illegible] [illegible] [illegible] شهيد [illegible] [illegible] [illegible]

(4) [illegible] [illegible] [illegible] [illegible] 26 [illegible] [illegible] [illegible] [illegible]

(5) [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

(6) [illegible] [illegible] [illegible] [illegible] الكفالات.

[illegible] [illegible] [illegible] [illegible] الايتام [illegible] الوقود

[illegible] [illegible] [illegible] [illegible] [illegible] مدارس [illegible] اليوم [illegible]

[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] اليوم

[illegible] [illegible] [illegible] البلاد [illegible] [illegible] [illegible] [illegible]

[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

[illegible] [illegible] [illegible] [illegible] الاسرائيليين [illegible] [illegible]

الى الاردن [illegible] [illegible] [illegible] [illegible] [illegible]

[illegible] [illegible] الى المملكة الاردنية الهاشمية [illegible] [illegible] [illegible]

[illegible] [illegible] [illegible] [illegible] قبل [illegible]

سؤال: [illegible] [illegible] [illegible]؟

جواب: [illegible]

هذه افادتي [illegible] [illegible] [illegible] 12:14

[illegible signatures]

שעת סיום גביית ההודעה

فادي مناصرة

לישראל

הגנה

צבא בבית משפט הצבאי
י ה ו ד ה
בפני הרכב

תיק ביהמ"ש: /15
תיק תביעה: 3124/15
תיק פ.א.: 425869/15 (פ"ת)

במשפט שבין התובע הצבאי – המאשים
-נגד-

פאדי הבג'ת ע"א פתאח מנאצרה
ת.ז. 914129002, יליד 11/10/1982, תושב רמאללה
עצור מיום 7/9/2015

הנאשם

# כתב-אישום - מתוקן

**הנאשם הנ"ל מואשם בזאת בביצוע העבירות הבאות:**

**פרט אישום ראשון:**

**מהות העבירה:** **חברות ופעילות בהתאחדות בלתי מותרת**, עבירה לפי תקנות 85(1)(א) לתקנות ההגנה (שעת חירום), 1945.

**פרטי העבירה:** הנאשם, באזור, **החל מיום 21/12/2009 ועד ליום מעצרו** או בתקופה הסמוכה לכך, היה חבר או פעל כחבר בהתאחדות בלתי מותרת, דהיינו:

1. במועד האמור לעיל, ברמאללה או במקום סמוך לכך, הנאשם היה חבר בג'מעיית קטאר אלחירייה בדוחא (להלן:"**הג'מעייה הראשית**"), שהינה התאחדות בלתי מותרת.
2. החל ממרץ 2010 שימש הנאשם כרואה חשבון בגמעיית קטאר אלחירייה ברמאללה (להלן:"**ג'מעיית רמאללה**"). במסגרת תפקידו היה אחראי על רישום תנועות הכספים שמועברים לארגון ומהארגון, וכן עורך דוחות עבור הג'מעייה הראשית.
3. ג'ו"ה דיב אבראהים ג'מאל (להלן:"**ג'ודה**") שימש כמנהל של ג'מעייה קטאר אלחירייה ברמאללה, תחתיו עבדו הנאשם ונג'ואן מחמד איימן חסן עודה (להלן:"**נג'ואן**"), אחראית על תחום הלוגיסטיקה בארגון.
4. בתקופה האמורה לעיל, העבירה הג'מעייה הראשית כ-12,000,000 ש"ח לג'מעייה שברמאללה לטובת פעילויות שונות של הארגון.
5. הכספים הועברו מהג'מעייה הראשית לבנק "אלריאן" בדוחא. משם כספים שהינם במטבע יורו הועברו לבנק "דויטשי" בגרמניה וכספים במטבע דולר הועברו לבנק ניו יורק. לאחר מכן, הועברו כלל הכספים לבנק פלסטין או לבנק האסלאמי ברמאללה והופקדו בחשבון הבנק של הג'מעייה ברמאללה.
6. כלל הכספים הועברו באישורו של גידה ובפיקוחו של הנאשם.
7. החל משנת 2011 ועד שנת 2013 שימש הנאשם גם כרואה חשבון של ג'מעייה קטר אלחירייה בעזה, בתקופה זו הועבר סכום כסף בסך 25,000,000 דולר מהג'מעייה הראשית לסניפה בעזה.
8. כמו כן, הנאשם העביר כספים מטעם הג'מעייה ברמאללה להתאחדויות בלתי מותרות כגון ג'מעיית אלאחסאן אלח'ייריה ואלג'מעייה אלח'יירייה אלאסלאמיה השייכת לחמאס בכך שהעביר לכל אחת מהן כ- 75,000 דולר.

בעשותו את האמור לעיל, היה הנאשם חבר ופעיל בג'מעיית קטאר אלחירייה ברמאללה, שהינו התאחדות בלתי מותרת.

**פרט אישום שני:**

**מהות העבירה:** נשיאת משרה בהתאחדות בלתי מותרת, עבירה לפי תקנה 85(1)(ב) לתקנות ההגנה (שעת חירום), 1945.

**פרטי העבירה:** **החל מיום 21/12/2009 ועד ליום מעצרו** או בתקופה הסמוכה לכך, באזור, הנאשם ניהל או עזר בהנהלת התאחדות בלתי מותרת, או החזיק במשרה או עמדה כל שהיא בהתאחדות בלתי מותרת או תחת מרותה, דהיינו:

ת.ת. 366/04

במהלך התקופה האמורה לעיל, בעשותו את המפורט הפרט האישום הקודם היה הנאשם נושא משרת רואה חשבון בג׳מעיית קטאר אלחירייה ברמאללה, שהינה התאחדות בלתי מותרת.

**פרט אישום שלישי:**

**מהות העבירה:** הכנסת כספי אויב לאזור, עבירה לפי סעיפים 3 ו-7 לצו בדבר הכנסת כספים לאזור (יהודה והשומרון) (מס׳ 973) התשמ״ב – 1982.

**פרטי העבירה:** הנאשם, באזור, **החל מיום 21/12/2009 ועד ליום מעצרו** או בתקופה הסמוכה לכך, ברמאללה או במקום הסמוך לכך, קיבל הנאשם כספי אויב מחוץ לאזור או הכניס כספי אויב לאזור, בין שקיבל בעצמו או בין שקיבל על ידי אחר, בין שהכניס בעצמו ובין שהכניס על ידי אחר, וזאת ללא היתר ובניגוד לצו האמור, דהיינו:

במועד ובמקום האמורים לעיל, בעשותו את המפורט בפרט האישום הראשון הכניס הנאשם כספי אויב בסך 12,000,000 ₪ מקטאר לאיזור, זאת ללא היתר ושלא כדין.

**פרט אישום רביעי:**

**מהות העבירה:** **החזקת רכוש של התאחדות בלתי מותרת**, עבירה לפי סעיפים 85(1) לתקנות ההגנה (שעת חירום), 1945 ו-199ג(א) לצו בדבר הוראות בטחון [נוסח משולב] (יהודה והשומרון) (מס׳ 1651), התש״ע-2009.

**פרטי העבירה:** הנאשם, באזור, החל מיום 21/12/2009 ועד ליום מעצרו או בתקופה הסמוכה לכך, החזיק באחיזתו, במשמרו או בשליטתו רכוש כל-שהוא השייך להתאחדות בלתי מותרת, או מתייחס אליה או מוצא על ידה, או לטובתה, או שהוא מיומר להיות שייך להתאחדות בלתי מותרת, דהיינו:

בתקופה האמורה לעיל, ברמאללה או במקום הסמוך לכך, בעשותו את האמור בפרט האישום הראשון, קיבל הנאשם והחזיק בסכום כסף בסך 28,081,664 דולר מטעם ג׳מעיית קטאר אלחירייה בדוחא, שהינה התאחדות בלתי מותרת.

**פרט אישום חמישי:**

**מהות העבירה:** ביצוע שירות עבור התאחדות בלתי מותרת, עבירה לפי תקנות 85+84(1)(ג) לתקנות ההגנה (שעת חירום), 1945.

**פרטי העבירה:** הנאשם הנ״ל, ברמאללה או במקום הסמוך לכך, במועד שאינו ידוע למאשימה, עשה כל עבודה או ביצע כל שירות עבור התאחדות בלתי מותרת, דהיינו:

1. במועד ובמקום האמורים לעיל, בעשותו את המפורט בסעיף 8 לפרט האישום הראשון ביצע הנאשם שירות עבור ג׳מעיית אלאחסאן אלח׳יירייה, שהינה התאחדות בלתי מותרת, בכך שהעביר לה 75,000 דולר.
1. בעשותו את האמור לעיל, ביצע **הנאשם** שירות עבור התאחדות בלתי מותרת.

**פרט אישום שישי:**

**מהות העבירה:** ביצוע שירות עבור התאחדות בלתי מותרת, עבירה לפי תקנות 85+84(1)(ג) לתקנות ההגנה (שעת חירום, 1945.

**פרטי העבירה:** הנאשם הנ״ל, ברמאללה או במקום הסמוך לכך, במועד שאינו ידוע למאשימה, עשה כל עבודה או ביצע כל שירות עבור התאחדות בלתי מותרת, דהיינו:

1. במועד ובמקום האמורים לעיל, בעשותו את המפורט בסעיף 8 לפרט האישום הראשון ביצע הנאשם שירות עבור אלג׳מעייה אלח׳יירייה אלאסלאמיה השייכת לחמאס, שהינו התאחדות בלתי מותרת, בכך שהעביר לה 75,000 דולר.
2. בעשותו את האמור לעיל, ביצע **הנאשם** שירות עבור התאחדות בלתי מותרת.

**עדי התביעה:**

1. רס״ר ראדי חטיב, מ.א. 1165588, פ״ת(גובה אמרות הנאשם מימים 21/9/2015, 17/9/2015)
2. רס״ר ג׳סאן ביבאר, מ.א. 1238039, פ״ת (גובה אמרת הנאשם מיום 9/9/2015)
3. רותם סרי, צה״ל (פרטים בתביעה)
4. ג׳ודה דיב אהראהים ג׳מאל, ת.ז. 086096195
5. נג׳ואן מחמד אימן חסן עודה, ת.ז. 911606184
6. מחמד תייסיר קצראווי, ת.ז. 907628101
7. מוצגים (פלטי מחשב)

**אלמז אייסו, סרן**
**תובעת צבאית**

צבא ההגנה לישראל

תיק מס׳: 6011/15

**בית המשפט הצבאי ביהודה**

**בפני כב׳ האב״ד: סא״ל צבי היילברון**

**בפני כב׳ השופטת: רס״ן אתי אדר**

**בפני כב׳ השופט: רס״ן חיים בלילטי**

**התביעה הצבאית**

(באמצעות ב״כ סרן אלמז אייסו)

**נגד**

**הנאשם: גודה דיב אברהים גמאל, 86096195 / שב״ס - נוכח**

(באמצעות ב״כ עו״ד אחמד ספייה- נוכח)

**רמ״שית: סמל שיר אמסלם**

**מתורגמן: רס״ל נאף ווהבי**

תאריך הדיון: 13/02/17 ,

## מהלך הדיון

**ביהמ״ש מזהה את הנאשם.**

**הנאשם מצהיר כי מייצג אותו עו״ד אחמד ספייה.**

**צדדים: בהתאם לבקשה שהגשנו לביהמש נבקש לשמוע בדיון היום במקום את המשך עדותו של פאדי מנצרה את עדותו של החוקר רס״ר ג׳סאן ביבאר.**

תוב״צ: באשר לבקשת ההגנה בדיון הקודם, ההגנה לא פירטה מספיק אילו מסמכים בדיוק היא מבקשת לא מובן באיזה גורם מדובר ואילו מסמכים בדיוק מבקשת לראות. כלל חומר הראיות הועבר לעיון ולצילום על ידי ההגנה.

**עד תביעה מס׳ 4 (מס׳ 3 ברשימת העדים) - רס״ר ג׳סאן ביבאר.**
**העד מוזהר לומר את האמת, אחרת יהיה צפוי לעונשים הקבועים בחוק.**

סנגור: אנו מסכימים להגשת האמרה שגבה העד חלף חקירה ראשית ובכפוף לחקירה נגדית. אין לנו טענות בקשר לגביית האמרה באופן חופשי ומרצון.

**חקירה ראשית**

ש: מציגה בפניך את האמרה שגבית מהנאשם בתאריך 13/09/15. מי גבה את האמרה?
ת: אני.
ש: תספר על השליטה שלך בשפה הערבית.
ת: השפה הערבית היא שפת אם שלי.
ש: תוכל להסביר לביהמש כיצד ידעת אילו חשדות לייחס לנאשם?
ת: לפי כל חקירה אני מקבל חומר מראש צוות שלי שזה חומר שב״כי שעל פי חומר זה אני מחשיד את החשוד.

צבא ההגנה לישראל

תיק מס': 6011/15

בית המשפט הצבאי ביהודה

בפני כב' האב"ד: סא"ל צבי היילברון

בפני כב' השופטת: רס"ן אתי אדר

בפני כב' השופט: רס"ן חיים בלילטי

התביעה הצבאית

(באמצעות ב"כ סגן עילאי נוימן)

נגד

הנאשם: גודה דיב אברהים גמאל, 86096195 / שב"ס - נוכח

(באמצעות ב"כ עו"ד מחאג'ינה רסלאן- נוכח)

רמ"שית: טור' טל גדליהו

מתורגמן: רס"ל נאיף והבי

תאריך הדיון: 02/01/17, יום שני ד' טבת תשע"ז

## מהלך הדיון

**ביהמ"ש מזהה את הנאשם.**

**הנאשם מצהיר כי מייצג אותו עו"ד מחאג'נה רסלאן.**

**עד תביעה מס' 1 (מס' 2 ברשימת העדים) רס"ם ראדי חטיב**

**העד מוזהר לומר את האמת, אחרת יהיה צפוי לעונשים הקבועים בחוק.**

**<u>חקירה ראשית</u>**

ש: ספר בבקשה על תפקידך ועל ניסיונך.

ת: חוקר במשטרת ישראל מזה 9 שנים וקצת. כל הזמן הזה הייתי חוקר.

ש: מה רמת השליטה שלך בשפה הערבית ובאיזה שפה התנהלה החקירה?

ת: ערבית שפת אם. החקירות מתנהלות בשפה הערבית.

ש: אני מציג בפניך אמרה ביום 21/09/15 בשעה 14:27, תוכל להגיד בבקשה מי גבה אותה.

ת: אני גביתי אותה. פרטי רשומים בגוף האמרה. התרגום נעשה על ידי עם כתב היד שלי.

ש: של מי החתימות בגוף האמרה?

ת: החתימות הם של הנחקר.

סנגור: אין מחלוקת כי האמרה נגבתה באופן חופשי ומרצון.

ש: כשהחשדת את הנחקר החשדת אותו בין השאר בגין פעילות באגודה בלתי חוקית. מה הייתה הכוונה?

תובי"צ: אינני עומד בשלב זה על השאלה.

ש: אני מציג בפניך אסיפת מסמכים מיום 21/09/15 תוכל בבקשה להרחיב לבהימש.

ת: כפי שכתוב בגוף האמרה המסמכים האלה הוצגו לחשוד וביקשתי ממנו את התייחסותו אליהם.

סנגור: אין לי התנגדות להגשת המסמכים.

ש: מהיכן שאבת את החשדות? מה עמד בפניך?

ת: זאת הייתה חקירה שלישית כפי שמצוין בגוף האמרה. בהמשך לחקירות אחרות שהיו, חזרתי על אותם חשדות.
ש: מדוע החשדת אותו דווקא בחשדות אלה? מה היה בבסיס הדברים?
ת: כפי שאמרתי קודם היו שתי חקירות קודמות. זאת חקירת המשך. אם היה חשד נוסף שעליו הייתי צריך לחקור אותו הייתי רושם אותו.
ש: החשד הרביעי לא מפרט באופן ספציפי. למה התכוונת? אתה יכול לספר לביהמש מה היה בסיס החשד?
ת: זאת הייתה חקירה שלישית אני לא כל כך זוכר מה היה.
ש: חשדות 2-3 מפרטים חשד לפעילות בחמאס. החשד הרביעי מדבר על אגודה בלתי חוקית. על איזו אגודה היה מדובר?
ת: אני לא זוכר. אני יכול להגיד שאז מהות החקירה הייתה על קטאר אלחיריה.
ש: מה ידעת על אותה אגודה?
ת: לא הכרתי אותה.

תוב״צ: אין שאלות נוספות. אבקש להגיש את האמרה בתום החקירה הנגדית.

**חקירה נגדית**

ש: מה תלקך בפרשה זו?
ת: אני חלק מצוות חקירה. יש לנו ראש צוות ויש לנו קצין לכל היחידה.
ש: מי הקצין?
ת: הוא השתנה. אז היה פנחס זאבי. ראש הצוות היה פארס.
ש: שאתה בא לנחקר על פי חוק אתה צריך להזהיר אותו והאזהרה צריכה להיות ברורה. על מנת להטיח לפני החשוד בצורה ברורה ומפורטת. הטחת בפניו חשד של חברות בחמאס, ובחקירה אני לא רואה שאלה על אופי החברות והפעילות בחמאס?
ת: אני לא זוכר מה זה היה. זאת הייתה חקירה שלישית. רשמתי שהחקירה בהמשך לעדויות קודמות, אני באמת לא זוכר מה היה קודם.
ש: אז החומר שבפניך על מנת לחקור אותו זה שתי האמרות הקודמות שלו?
ת: כן.
ש: על זה הסתמכת שאתה מטיח בפניו חשד שהוא חבר ופעיל בארגון החמאס?
ת: זה היה בהמשך לחקירות קודמות.
ש: לא היה חומר קודם נוסף מעבר לכך?
ת: לא זוכר.
ש: חוזר על השאלה.
ת: אני באמת לא זוכר. אני לא הייתי אחראי על כל החקירה. אני מקבל משימה מראש צוות לחקור ואני מבצע.
ש: אם אני אשאל אותך לגבי פעולות נוספות אתה תוכל להשיב?
ת: כפי שהסברתי אני חלק מצוות ולא אחראי על כל החקירה. אני לא הכתובת.
ש: חוץ מחברות ופעילות בארגון עוין אתה מטיח בו גם חשד של מתן שירות לארגון חמאס. על מה הסתמכת כחוקר לגבי סעיף זה?
ת: כפי שאמרתי זאת הייתה חקירה שלישית בהמשך לחקירות קודמות. אני לא זוכר מה היה.
ש: הוא לא נשאל על כך בגוף החקירה אז למה בכותרת הטחת אותו על כך?
ת: העתקתי את החשדות מחקירות קודמות.
ש: אז למה לא נתת לו להשיב על האשמות האלו?
ת: אני לא זוכר. שאמרתי לו אם יש לו מה להוסיף הוא היה יכול להשיב.
ש: אתה זוכר את החקירה שחקרת אותו נכון?
ת: אני יכול להעיד על סמך הכתוב. אני לא זוכר את מעמד החקירה, אבל אם היה משהו מיוחד הייתי מציין זאת בגוף האמרה ומזכד את זה ומעביר לעיון ראש צוות.
ש: חקרת אותו על פעילות שלו האגודה בלתי חוקית קטאר אלחיריה. אתה הצגת בפני הנחקר שאגודה זו היא הוכרזה כבלתי חוקית?
ת: לא.
ש: יש לך את ההכרזה פה?
ת: למיטב זכרוני היא הייתה בתיק.
ש: החשוד מסר לכם שהוא עובד באגודה אבל לא חבר בה, הוא רק משמש על אחראי על משרד ברמאללה. בדקתם ברישומים שהוא לא חבר עמותה אלא רק משמש פקיד או אחראי על משרד ברמאללה?
ת: נעשתה חקירה גדולה. אני לא זוכר אם זה נבדק.

ש: מי יכול לתת תשובות על זה?
ת: יש לי ראש צוות ואפשר לשאול אותו.
ש: החשוד מסר לכם בחקירות הקודמות שהאגודה הזאת רשומה כחוקית ברשות הפלסטינית, והם בתיאום מלא עם רשות הכספים הפלסטינית. בדקתם את זה?
ת: אני לא זוכר שאני בדקתי. אני לא זוכר את החקירות הקודמות. אני לא בדקתי.
ש: על פי מה שאתם טוענים שהאגודה הוכרזה כבלתי חוקית בשנת 2008 והנאשם התחיל לעבוד כפקיד באותה אגודה בחודש מרץ 2011. אתם מ 2008-2011 כשהאגודה הייתה משגשגת ומפרסמת בפומבי את פעילותה. אתם כמשטרה פעלתם כנגד הפעילות?
תוב"צ: אני מתנגד לשאלה.
ת: אני בסך הכול חוקר. קיבלתי משימה וביצעתי אותה. אני לא יודע מה נעשה בין השנים שאתה מציין.
ש: אתה שאלת בסעיף 5 את הנאשם בהמשך לעדויות הקודמות מהן האגודות שעברתם איתם בגדה או בתוך הקו הירוק, והנאשם מסר לך את שמות כל האגודות שעבדו איתם הן בגדה המערבית והן בתוך הקו הירוק. הנאשם מסר לך שהאגודה קטאר אלחיריה עובדת עם עמותה ששמה ג'מעית אל נור בקו הירוק באחריות אחמד טיבי ועשו ביחד עם העמותה הזאת פרויקט של אוכל לצמים. פעלתם נגד אגודת ג'מעית אל נור שפעלה יחד עם האגודה האסורה? אתה יודע שנעשה משהו כנגד האחראי עליה כמו חבר הכנסת אחמד טיבי?
ת: אני לא יודע.
ש: בדקתם שהעמותה הזאת רשומה ברשם העמותות בישראל והיא פועלת, כפי שאני בדקתי?
ת: אני לא בדקתי. אני לא יודע אם מישהו אחר בדק.
ש: יש עוד עמותה שהתייחס אליה הנאשם בחקירה ששמה דאר אלטפל אלערבי. אתה שמעת על עמותה זו?
ת: לא.
ש: לא בדקת בדיוק במה העמותה הזאת עוסקת?
ת: לא.
ש: אתה לא יודע שהיא רשומה ברשם העמותות בישראל?
ת: לא.
ש: ושיש לה סניפים בכל הארץ, שיש לה גנים ילדים! והרבה אנשים שהם בקשר יום יומי עם העמותה?
ת: לא יודע.
ש: אתה כחוקר יש לך את הנתונים האלו ואנשים מקבלים סכומי כסף מעמותה זו יום יום ואתם לא עושים כלום נגד זה?
ת: לא ראיתי שנרשם כסף שם.
ש: אני מתכוון לפעילות יום-יומית שהאגודה עושה כפי שציין החשוד.
ת: לא בדקתי את זה. אני גביתי את אמרתו של החשוד.
ש: אם אני אפנה אותך לכל השמות שציין החשוד באמרה ביחס לבדיקות שלך עליהן, התשובה שלך תהיה אותה תשובה?
ת: כן.
ש: אז אתה רק גבית עדות. אתה לא יודע כלום חוץ מזה?
ת: אני גביתי את אמרתו ואני לא זוכר שבדקתי את האגודות האלה שאתה מציין, וגם השמות שהוזכרו.
ש: אתה זוכר שמישהו אחר מהצוות עשה את הבדיקות האלה?
ת: לא, לא עקבתי אחרי החקירה.
ש: בקשר לאגודת קטאר אלחיריה, שאתה חקרת את הנאשם על הפעילות שלו באגודה אתה ידעת שהאגודה הזו הוכרזה כאגודה בלתי חוקית?
ת: כפי שציינתי היה לנו מסמך בתוך התיק.
ש: הראית לחשוד את המסמך הזה בחקירה?
ת: לא זוכר, זאת הייתה חקירה שלישית.
ש: החשוד בחקירות קודמות נתן את שם מנהל סניף רמאללה בשם רמדאן עאצי שאותו החליף והיה קודמו בתפקיד, האם הוא נחקר או נעצר?
ת: לא זוכר ולא יודע.

סנגור: אין שאלות נוספות.

**חקירה חוזרת**

ש : כמה פעמים חקרת מאז אותה חקירה?
ת : לא זוכר במספר אבל הרבה מאוד.
ש : מה הסיכוי שתצליח לזכור את כל הפרטים שעליהם נשאלת?
ת : סיכוי נמוך מאוד.
ש : בעניין כל הבדיקות שהזכיר חברי לגבי דברים שנמסרו במהלך החקירות, תוכל לחדד בבקשה מה היה התפקיד שלך בהקשר הזה?
ת : כפי שאמרתי אני חלק מצוות חקירה. יש לי ראש צוות חקירה שאני מקבל משימות ממנו ואני לא אחראי הבלעדי על החקירה.
ש : מה הייתה משימתך?
ת : התבקשתי לגבות את אמרתו של החשוד וזה מה שעשיתי.
ש : מה עשית עם החקירה לאחר מכן?
ת : תייקתי בתוך התיק.
ש : העברת את זה למישהו?
ת : אני לא זוכר.

תוב״צ : אין שאלות נוספות. אני מבקש להגיש את האמרה.

**אמרה שגבה העד בתאריך 21/09/15 בשעה 14:27 יחד עם המסמכים המצורפים אליה מתקבלים ומסומנים ת/1.**

סנגור : אציין כי היום היו אמורים להישמע עוד שני חוקרים שעקב תקלה לא זומנו.

תוב״צ : מדובר בתקלה של מזכירות ביהמ״ש. אנו נמסור הודעה בהקדם על אופן הגשת המוצגים.

**החלטה**

ראשית יצוין כי בתאריך 28/12/16 הוגשה בקשה על ידי התביעה לשינוי זהות עדים שישמעו במועד זה.

התיק כבר קבוע לשמיעת ראיות נוספות לתאריך 09/01/17 בשעה 09:30.

למועד זה תוודא המזכירות זימונם של עדי תביעה 1,3-7. בשלב זה בטרם קיבלנו הודעת התביעה על אופן הגשת המוצגים, נסתפק בזימון עדי תביעה אלו.

התיק קבוע לשמיעת פרשת ההגנה בתאריך 13/02/17 בשעה 09:30.

**ניתן והודע היום, 02/01/17, בפומבי ובמעמד הצדדים.**

שופטת אב״ד שופט