**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANNE CHANA HENKIN, individually and as personal representative of the ESTATE OF JUDAH HERZEL HENKIN, ADERET RIVKAH HENKIN STERN, ELIASHIR ELIJAH HENKIN, JACOB BECHORSHALOM HENKIN, JOSEPH GIL HENKIN, TAAMA FREIDA HENKIN YAAKOVSON, MIRIAM FULD, individually, as personal representative of the ESTATE OF ARI YOEL FULD, and as the Natural Guardian of N.S.F. (a minor), NAOMI FULD, TAMAR GILA FULD, ELIEZAR YAKIR FULD, HARVEY JONAS YONAH FULD, MARY ALICE FULD, DANIEL YAAKOV FULD, EYTAN FULD, and HILLEL CHAIM SHLOMO FULD<br><br>      *Plaintiffs,*<br><br>      v.<br><br>QATAR NATIONAL BANK, ET AL.<br><br>      *Defendant.* | Case No. 21-cv-5716 (AMD) (VMS) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Mary E. Brust, the undersigned, hereby withdraws her appearance as counsel of record for Defendant Qatar National Bank. Ms. Brust will be leaving the law firm of Ropes & Gray LLP. Michael G. McGovern, Douglas Hallward-Driemeier, and Brittany Norfleet of Ropes & Gray LLP will continue to represent Qatar National Bank.

-2-

Respectfully submitted,

Dated: August 26, 2022

/s/ Mary E. Brust
Mary E. Brust
ROPES & GRAY LLP
1211 Avenue of Americas
New York, NY 10036
(212) 596-9000
Mary.Brust@ropesgray.com
*Attorney for Defendant*