

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

John M. Hillebrecht
John.Hillebrecht@us.dlapiper.com
T  212.335.4590
F  917.778.8590

March 17, 2023

*VIA ECF*

The Honorable Ann M. Donnelly
United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  **Re:**  *Henkin, et al. v. Qatar Charity, et al.*, **1:21-cv-05716-AMD-VMS—**
     **Letter Regarding Supplemental Authority**

Dear Judge Donnelly:

  On behalf of Defendant Qatar Charity, we respectfully write to notify the Court of the following supplemental authority in further support of its pending motion to dismiss (ECF No. 58): *Przewozman et al. v. Qatar Charity et al.*, 1:20-cv-6088 (NGG)(TAM) (E.D.N.Y. March 17, 2023) (dismissing complaint without prejudice).  A copy of the order is attached as **Exhibit A**.

  We intend to address the import of this decision in our submission to the Court due on Thursday, March 23.

           Respectfully submitted,

           */s/ John M. Hillebrecht*
           John M. Hillebrecht

           *Counsel for Qatar Charity*

Encl.

cc:  All counsel of record (by ECF)