

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Carolina A. Fornos
tel: 212.858.1558
carolina.fornos@pillsburylaw.com

April 5, 2023

**BY ECF**

The Honorable Ann M. Donnelly
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Henkin, et al. v. Qatar Charity, et al.*, 1:21-cv-05716-AMD-VMS

Dear Judge Donnelly:

We write on behalf of Defendants Masraf Al Rayan ("MAR") and Qatar Charity ("QC") in connection with the Court's order dated March 31, 2023 denying MAR and QC's motions to dismiss without prejudice to renew. (ECF No. 81). Pursuant to Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, a denial of a motion to dismiss would normally require responses from MAR and QC within 14 days. However, in light of the Court's holding that "plaintiffs' generalized allegations are insufficient to satisfy New York's long-arm statute" or "the due process requirement" and that the Court was unable to determine "whether there is personal jurisdiction," (ECF No. 81 at 17, 22), MAR and QC request clarification that no response is required within 14 days. Rather, because the Court is permitting limited jurisdictional discovery in anticipation of renewed motions to dismiss for which Magistrate Judge Scanlon will set a new schedule, the resulting scheduling order will govern the timing of MAR and QC's responses to Plaintiffs' Complaint instead of Rule 12(a)(4)(A).

Plaintiffs do not object to MAR and QC's request.

Respectfully submitted,

/s/ *Carolina A. Fornos*

Carolina A. Fornos
Aryeh L. Kaplan (*pro hac vice*)

*Counsel for Defendant Masraf Al Rayan*

cc: All counsel of record (by ECF)

www.pillsburylaw.com