# FLEISCHMAN BONNER & ROCCO LLP
## ATTORNEYS AT LAW

81 Main Street • Suite 515 • White Plains • New York • 10601
Tel: 908-516-2066 • Fax: 908-516-2049 • Web: WWW.FBRLLP.COM

Email: PRocco@fbrllp.com

May 12, 2023

**Via ECF**

The Honorable Vera M. Scanlon
United States Magistrate Judge
U.S. District Court, Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York  11201

**Re:**  *Henkin, et al. v. Qatar Charity, et al.*, **21-cv-05716-AMD-VMS**

Dear Judge Scanlon:

     My firm represents the Plaintiffs in the above-captioned action, which has been assigned to Your Honor for management of discovery and scheduling of dispositive motions.  *See* ECF 81 at 29.  We write in response to Defendants' letters of May 10, 2023 requesting adjournment of the May 16, 2023 discovery conference in this matter.  Plaintiffs' oppose Defendants' request.

     For the reasons set forth in the attached letter to Judge Donnelly, Plaintiffs believe that the parties' current discovery dispute is properly before Your Honor, and thus the discovery conference should proceed as scheduled.  We will, of course, proceed in whatever manner Your Honor and Judge Donnelly decide.

                             Respectfully submitted,

                             /s/ Patrick L. Rocco

Attachments:  May 12, 2023 Letter to the Honorable Ann M. Donnelly with Exhibits 1 and 2