

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

John M. Hillebrecht
John.Hillebrecht@us.dlapiper.com
T   212.335.4590
F   917.778.8590

May 22, 2023

***VIA ECF***

The Honorable Ann M. Donnelly
United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    ***Henkin, et al. v. Qatar Charity, et al.*, 1:21-cv-05716-AMD-VMS—
              Letter Regarding Supplemental Authority**

Dear Judge Donnelly:

        On behalf of defendants Qatar Charity and Masraf Al Rayan ("Defendants"), we respectfully write to notify the Court of the following supplemental authority in further support of the Defendants' Motions to Dismiss (ECF Nos. 56, 58): *Twitter, Inc. v. Taamneh, et al.*, No. 21-1496, --- S.Ct. ---- (May 18, 2023).

        On May 18, 2023, the U.S. Supreme Court issued its decision in *Twitter, Inc. v. Taamneh, et al.*, a case considering the meaning of "aiding and abetting" an act of international terrorism under JASTA. *Twitter, Inc. v. Taamneh, et al.*, No. 21-1496, --- S.Ct. ---- (2023) (holding aiding and abetting an act of international terrorism requires a defendant consciously and culpably participate in the wrongful act giving rise to plaintiffs' claims). A copy of the decision is attached as **Exhibit A**.

                                                        Respectfully submitted,

                                                        */s/  John M. Hillebrecht*
                                                        John M. Hillebrecht

                                                        *Counsel for Qatar Charity*

Encl.

cc:       All counsel of record (by ECF)