UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANNE CHANA HENKIN, *et al.*,

                Plaintiffs,

            v.

QATAR CHARITY, QATAR NATIONAL BANK and MASRAF AL RAYAN,

                Defendants.

No. 1:21-CV-5716-AMD-VMS

## [PROPOSED] PROTECTIVE ORDER

The Court, upon its review of Defendant Qatar Charity's Motion for Protective Order and the papers submitted in support thereof (the "Motion") and any response thereto has determined that the discovery sought by Plaintiffs exceeds the scope of the limited jurisdictional discovery authorized by Judge Donnelly's March 31, 2023, Order (ECF No. 81). The Court therefore determines that good cause exists to grant the Motion's request for a protective order preventing Plaintiffs from engaging in such discovery.

Accordingly, on this ____ day of _____, 2023.

It is hereby ORDERED that Qatar Charity's Motion is GRANTED; and

It is hereby ORDERED that Plaintiffs are prevented from seeking discovery in excess of the limited jurisdictional discovery granted by this Court in its March 31, 2023, decision.

IT IS SO ORDERED.

Dated: _____, 2023