UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
 ---------------------------------------------------------------- X

ANNE CHANA HENKIN, *et al*,                                    Case No. 1:21-cv-5716

                        Plaintiffs,

                    -against-                                   **NOTICE OF MOTION**

QATAR CHARITY, *et al.*,

                        Defendants,

                      -and-

MOSHE FULD; MICHAL FULD; ELI FULD; and BEN
ZION FULD,

                        Proposed Intervenor
                        Plaintiffs.

 ---------------------------------------------------------------- X


C O U N S E L :

        PLEASE TAKE NOTICE that upon the annexed memorandum of law dated May 24, 2023;

the exhibits annexed thereto; and upon the pleadings and proceedings heretofore had herein, the

Proposed Intervenor Plaintiffs named in the caption above will move this Court, at the Courthouse

located at 225 Cadman Plaza East, Brooklyn, New York, at a date and time to be fixed by the

Court, or as soon thereafter as counsel can be heard, for an order:

        a)      Pursuant to Fed. R. Civ. P. 24(b)(10(B), permitting the Proposed Intervenor

Plaintiffs to intervene as plaintiffs, and to file the proposed intervenor complaint annexed hereto;

and

        b)      GRANTING such other and further relief as is just and proper under the

circumstances.

Dated:   Brooklyn, New York
           May 24, 2023

                        Respectfully submitted,

                        THE BERKMAN LAW OFFICE, LLC
                        *Attorneys for the Proposed Intervenor*
                        *Plaintiffs*

by:    _____
                        Robert J. Tolchin

                        829 East 15th Street, Box 7
                        Brooklyn, New York 11230
                        718-855-3627

TO:    All counsel of record by ECF