

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Carolina A. Fornos
tel: 212.858.1558
carolina.fornos@pillsburylaw.com

June 27, 2023

**BY ECF**

The Honorable Ann M. Donnelly
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *Henkin, et al. v. Qatar Charity, et al.*, 1:21-cv-05716-AMD-VMS

Dear Judge Donnelly:

We write on behalf of Defendants Masraf Al Rayan and Qatar Charity (together, "Defendants") in the above-referenced action to respectfully request that the Court stay the deadline for Defendants' response to the Intervenor Complaint (ECF No. 100) consistent with Your Honor's April 5, 2023 order staying Defendants' responses until after the conclusion of jurisdictional discovery.  Because the Intervenor Complaint contains the same factual allegations and seeks the same relief as the Complaint, any scheduling order governing the timing of Defendants' responses to the Complaint should likewise govern the timing of Defendants' responses to the Intervenor Complaint.

Intervenor Plaintiffs do not object to Defendants' request.

Respectfully submitted,

*/s/ Carolina A. Fornos*
Carolina A. Fornos
Aryeh L. Kaplan (*pro hac vice*)
*Counsel for Defendant Masraf Al Rayan*

cc: All counsel of record (by ECF)

www.pillsburylaw.com

4867-0870-9738