

**DLA Piper LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

July 20, 2023

The Honorable Vera M. Scanlon
United States Magistrate Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Henkin, et al. v. Qatar Charity, et al.*, 1:21-cv-05716-AMD-VMS

Dear Judge Scanlon:

  On July 8, 2023, Your Honor directed Qatar Charity and Masraf al Rayan (collectively, the "Defendants") to serve Plaintiffs with discovery responses on or before July 20, 2023. (*See* ECF No. 106 at 8). Pursuant to Your Honor's Individual Practice Rule II(b), and with Plaintiffs' consent, Defendants respectfully request a one-week extension of the July 20, 2023 deadline to July 27, 2023 to serve their discovery responses. The extension will enable Defendants to fully respond to Plaintiffs' requests. There have been no previous requests for an extension of this deadline.

  We further inform the Court that Plaintiffs have requested, and Defendants consent, to a 7-day extension of the July 31, 2023 discovery cutoff, without prejudice to Plaintiffs' right to request a further extension of the discovery cutoff once they have received Defendants' documents. The Parties will coordinate seeking that request before Judge Donnelly as it would require a modification to Judge Donnelly's order.

             Respectfully submitted,

             */s/ John M. Hillebrecht*
             John M. Hillebrecht
             Kevin Walsh

             *Counsel for Defendant Qatar Charity*

             */s/ Carolina A. Fornos*
             Carolina A. Fornos
             Aryeh L. Kaplan (*pro hac vice*)

             *Counsel for Defendant Masraf Al Rayan*

cc:  All counsel of record (by ECF)