# FLEISCHMAN BONNER & ROCCO LLP
## ATTORNEYS AT LAW

81 Main Street • Suite 515 • White Plains • New York • 10601
Tel: 908-516-2066 • Fax: 908-516-2049 • Web: WWW.FBRLLP.COM

Email: procco@fbrllp.com

---

August 6, 2023

**Via ECF**

The Honorable Vera M. Scanlon
United States Magistrate Judge
U.S. District Court, Eastern District of New York
Brooklyn, New York  11201

**Re:** *Henkin, et al. v. Qatar Charity, et al.*, 21-cv-05716-AMD-VMS

Dear Judge Scanlon:

    My firm represents the Plaintiffs in this action.  Plaintiffs and Defendants Qatar Charity and Masraf Al Rayan have stipulated to the Proposed Protective Order concerning the treatment of confidential discovery materials that is annexed as Exhibit 1 hereto.

    On behalf of all parties, I respectfully request the Court's approval and entry of same.

Respectfully submitted,

/s/ Patrick L. Rocco

Attachment:  Exhibit 1 (Proposed Protective Order)