United States District Court
Eastern District of New York

---

Anne Chana Henkin

    Plaintiff
VS

Qatar Charity

    Defendant

PROOF OF SERVICE

File/Index No.: 21 CV 5716
Issued On:
Alt File/Index No.:
Calendar No.:

---

**SERVICE UPON: HSBC Bank**

State/Commonwealth/Locale of: New York, County/City of: Queens: ss

Robert Urena does hereby declare, certify and/or affirm as follows: I am not a party to the within action, am over the age of 18 years and reside in the State of New York.

On 9/27/2024 at 1:48 PM at 1572 Union Turnpike, New Hyde Park, NY 11040, I effected service of process of the following documents: Subpoena to Produce Documents (return date 10/11/2024); Court Order (entered 9/5/24); Court Order (entered 3/15/24); Stipulated Protective Order upon HSBC Bank, a/the witness in this matter/proceeding:

by delivering to and leaving a true copy thereof with Murshada Choudhury, who is a/the Authorized staffer (client experience associate) of/for HSBC Bank.

I describe the recipient at the time of service as follows: Gender: Female Race/Skin: dark Age: 40-50 Height: 5'4-5'8 Glasses: yes Weight: 140-160 Hair: covered

Declared/Certified/Affirmed on

9/30/24

Robert Urena NYC DCA LIC 1263889
Target Legal Process Worldwide Corp.
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600



Order #:R90446

Corporate Delivery to a person