# FLEISCHMAN BONNER & ROCCO LLP
## ATTORNEYS AT LAW

445 HAMILTON AVENUE • SUITE 402 • WHITE PLAINS • NEW YORK • 10601
TEL: 914.278.5100 • FAX: 917.591.5245 • WEB: WWW.FBRLLP.COM

EMAIL: PROCCO@fbrllp.com

October 31, 2024

**Via ECF**

The Honorable Vera M. Scanlon
United States Magistrate Judge
U.S. District Court, Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

**Re:** *Henkin, et al. v. Qatar Charity, et al.*, **21-cv-05716-AMD-VMS**

Dear Judge Scanlon:

In accordance with Your Honor's September 5, 2024 minute order, I write to apprise the Court of the status of HSBC Bank's response to Plaintiffs' subpoena.

Plaintiffs' counsel received a response to the subpoena from HSBC Bank on October 29, 2024 and transmitted a copy of same to counsel for Masraf al Rayan and Qatar Charity on October 30, 2024. This morning, counsel for HSBC Bank, Meredith L. Friedman, notified counsel for all parties that HSBC Bank's response inadvertently included "irrelevant" information, and requested that all copies of same be deleted or destroyed. Ms. Friedman indicated that HSBC Bank will produce a revised response to the subpoena. Plaintiffs' counsel have complied with Ms. Friedman's request.

In accordance with the September 5, 2024 order, we will notify the Court jointly with defense counsel when HSBC Bank's final response to the subpoena has been produced.

Respectfully submitted,

/s/ Patrick L. Rocco

CC: Meredith L. Friedman via email
Meredith.L.Friedman@us.hsbc.com