UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
ANNE CHANA HENKIN, *et al.*,

                Plaintiffs,

-against-

QATAR CHARITY; QATAR NATIONAL BANK and
MASRAF AL RAYAN,

                Defendants.
------------------------------------------------------------------ X

Case No. 1:21-cv-5716-RER-VMS

## DECLARATION OF SERVICE

I, Susan M. Davies, hereby declare pursuant to 28 U.S.C. § 1746 that I caused true and correct copies of the attached Notice of Electronic Filing of the Minute Order entered in the above-captioned action on November 4, 2024 by Magistrate Judge Vera M. Scanlon to be served as follows:

    (1)    as a PDF attached to an electronic message transmitted on November 4, 2024 to the following email addresses of counsel for HSBC Bank USA N.A. Meredith L. Friedman and Jennifer L. Wainwright: meredith.l.friedman@us.hsbc.com and Jennifer.l.wainwright@us.hsbc.com; and

    (2)    enclosed in a postage paid Priority Mail Express Flat Rate Envelope that was addressed as follows:
        Legal Processing Department
        HSBC Bank USA N.A.
        239 Van Rensselear Street
        Buffalo, New York 14210
        Attention:  Jennifer L. Wainwright

and deposited into the custody and control of the United States Postal Service on November 8, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Ulster County, New York on November 8, 2024.

                                                                */s/ Susan M. Davies*

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 11/4/2024 at 6:42 PM EST and filed on 11/4/2024
**Case Name:** Henkin et al v. Qatar Charity et al
**Case Number:** 1:21-cv-05716-RER-VMS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
ORDER. HSBC is expected to respond promptly to the outstanding subpoena. The revised responses are due on or before 11/18/2024 at the latest. The parties must file a status report on or before 11/25/2024.

Counsel for Plaintiffs must e-mail and deliver by overnight mail a copy of this Order to HSBC and file proof of service on or before 11/8/2024. Ordered by Magistrate Judge Vera M. Scanlon on 11/4/2024. (SKJ)


**1:21-cv-05716-RER-VMS Notice has been electronically mailed to:**

Robert Joseph Tolchin     rtolchin@berkmanlaw.com, cstrong@berkmanlaw.com, ftalavera@berkmanlaw.com, rtolchin@ecf.courtdrive.com

Susan Marlene Davies     sdavies@fbrllp.com

John M. Hillebrecht     john.hillebrecht@dlapiper.com, docketingnewyork@dlapiper.com, john-hillebrecht-1811@ecf.pacerpro.com, new-york-docketing-7871@ecf.pacerpro.com

James P. Bonner     jbonner@fbrllp.com

Jessica A. Masella     jessica.masella@dlapiper.com, DocketingNewYork@dlapiper.com, jessica-masella-8419@ecf.pacerpro.com, new-york-docketing-7871@ecf.pacerpro.com

Carolina A. Fornos     carolina.fornos@pillsburylaw.com, nydocket@pillsburylaw.com

Kevin Walsh     kevin.walsh@dlapiper.com, DocketingNewYork@dlapiper.com, matthew.matystik@dlapiper.com, new-york-docketing-7871@ecf.pacerpro.com

Noel J. Nudelman     njnudelman@hnklaw.com, kcfogle@hnklaw.com, trkalik@hnklaw.com

Michael George Lewis     michael.lewis@dlapiper.com, docketingnewyork@dlapiper.com, lewism3322@gmail.com, new-york-docketing-7871@ecf.pacerpro.com

Patrick Louis Rocco     procco@fbrllp.com

Michael G McGovern     michael.mcgovern@ropesgray.com, Alexander.Morozov@ropesgray.com, CourtAlert@ropesgray.com, Irina.Sivachenko@ropesgray.com, Jodie.Hamilton@ropesgray.com, Kyle.Shaub@ropesgray.com, Phillip.Yao@ropesgray.com

Mary Brust     mary.brust@ropesgray.com, Phillip.Yao@ropesgray.com, courtalert@ropesgray.com

Aryeh Kaplan     aryeh.kaplan@sidley.com, ana.gonzalez@pillsburylaw.com, ariella.ederi@pillsburylaw.com, miadocket@pillsburylaw.com, nydocket@pillsburylaw.com

Douglas H Hallward-Driemeier     douglas.hallward-driemeier@ropesgray.com, Daniel.Yanofsky@ropesgray.com, William.Hamilton@ropesgray.com, courtalert@ropesgray.com

Brittany Norfleet Royce     brittany.norfleet@ropesgray.com, courtalert@ropesgray.com

Thomas M Caroccia     tcaroccia@fbrllp.com

**1:21-cv-05716-RER-VMS Notice will not be electronically mailed to:**