# FLEISCHMAN BONNER & ROCCO LLP
## ATTORNEYS AT LAW

445 HAMILTON AVENUE • SUITE 402 • WHITE PLAINS • NEW YORK • 10601
TEL: 914.278.5100 • FAX: 917.591.5245 • WEB: WWW.FBRLLP.COM

EMAIL: PROCCO@fbrllp.com

November 25, 2024

**Via ECF**

The Honorable Vera M. Scanlon
United States Magistrate Judge
U.S. District Court, Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

**Re:** *Henkin, et al. v. Qatar Charity, et al.,* **21-cv-05716-AMD-VMS**

Dear Judge Scanlon:

     In accordance with Your Honor's September 5, 2024 and November 4, 2024 minute orders, I write on behalf of all parties to apprise the Court of the status of HSBC Bank's response to Plaintiffs' subpoena.

     This morning, Plaintiffs' counsel received a second amended response to the Plaintiffs' subpoena from HSBC Bank USA, and transmitted a copy of same to counsel for Masraf al Rayan and Qatar Charity. HSBC Bank USA's second amended response requires a clarification which Plaintiffs, HSBC, and Defendants are working to clarify.

     The parties will notify the Court when a final response has been received from HSBC's counsel.

                                             Respectfully submitted,

                                             /s/ Patrick L. Rocco

CC: Meredith L. Friedman via email (Meredith.L.Friedman@us.hsbc.com)