# FLEISCHMAN BONNER & ROCCO LLP
## ATTORNEYS AT LAW

445 HAMILTON AVENUE • SUITE 402 • WHITE PLAINS • NEW YORK • 10601

TEL: 914.278.5100 • FAX: 917.591.5245 • WEB: WWW.FBRLLP.COM        EMAIL: PROCCO@fbrllp.com

October 7, 2025

**Via ECF**

The Honorable Raymond E. Reyes, Jr.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Henkin, et al. v. Qatar Charity, et al.*, 21-cv-5716-RER-VMS

Dear Judge Reyes:

    My firm represents the Plaintiffs in the above-captioned matter. I write to notify the Court that the parties have agreed to the dismissal of this action with prejudice, with all parties bearing their own costs and expenses. A stipulation to that effect will be filed next week.

                            Respectfully submitted,

                            /s/ Patrick L. Rocco

CC: All counsel via ECF